**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - VARICK IMMIGRATION COURT**

Respondent Name:
BHIMANI, KAMIL KARIMBHAI

To:
Joshi, Karan
6100 Corporate Dr
Houston, TX 77407

A-Number:
242-186-028

Riders:
In Custody Redetermination Proceedings

Date:
08/10/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

- ☑ Denied, because
  Flight Risk

- ☐ Granted. It is ordered that Respondent be:
  - ☐ released from custody on his own recognizance.
  - ☐ released from custody under bond of $
  - ☐ other:

- ☐ Other:

Immigration Judge: Territola, Toniann 08/10/2026

| | | | |
|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☑ waived | ☐ reserved |
| | Respondent: | ☐ waived | ☑ reserved |
| Appeal Due: | 09/09/2026 | | |

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : BHIMANI, KAMIL KARIMBHAI | A-Number : 242-186-028

Riders:

Date: 08/10/2026 By: NEWHOUSE, TYLER, Court Staff