Orange Law Pllc
15500 Voss Road,Suite 10
Sugarland, Tx 77498
Contact: 281 888 8989
Email: conact@orangelaw.us

DETAINED

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**OFFICE OF THE IMMIGRATION JUDGE**
IMMIGRATION COURT **NEWYORK , NY**

| | | |
|---|---|---|
| **In the Matter of:** | § | |
| | § | A# 242 186 028 |
| **KAMIL BHIMANI** | § | |
| | § | |
| | § | |
| **In Removal Proceedings** | § | |
| | § | |

# RESPONDENT'S MOTION FOR BOND REDETERMINATION

**Immigration Judge:** **Reid/Dara** **Hearing Date:** **08/04/2026**

EOIR 1 of 65

Uploaded on: 08/04/2026 at 03:30:35 PM (Eastern Daylight Time) Base City: NYV

# TABLE OF CONTENT


| | |
|---|---|
| Coversheet | Page 1-1 |
| Table of Content | Page 2-2 |
| Motion for Bond Determination | Page 3-6 |
| Order of Immigration Judge | Page 7-7 |
| Certificate of Service | Page 8-8 |

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**OFFICE OF THE IMMIGRATION JUDGE**
IMMIGRATION COURT **NEWYORK , NY**

# RESPONDENT'S MOTION FOR BOND REDETERMINATION

TO THE HONORABLE IMMIGRATION JUDGE:

Respondent, **Kamil Bhimani**, through undersigned counsel, Orange Law PLLC, respectfully moves this Honorable Court for a Bond Redetermination Hearing pursuant to **Section 236(a) of the Immigration and Nationality Act (INA), 8 U.S.C. § 1226(a), and 8 C.F.R. § 1236.1(d)**. Respondent respectfully requests that the Court order his release upon the posting of a reasonable immigration bond in the amount of **$5,500.00**.

In support of this Motion, Respondent states as follows:

---

## I. INTRODUCTION

Respondent is presently detained by the Department of Homeland Security at MDC Brooklyn Detention Centre in NewYork

Respondent respectfully requests that this Court conduct a custody redetermination hearing and order his release on bond because he is neither a danger to the community nor a flight risk.

---

## II. FACTUAL BACKGROUND

1. Respondent lawfully entered the United States in **2023** after inspection and admission with a valid **B-1/B-2 visitor visa**.
2. Respondent timely filed an application for asylum, which remains pending.
3. Respondent currently possesses a **valid Employment Authorization Document (EAD)** issued by United States Citizenship and Immigration Services, permitting him to work lawfully in the United States while his asylum application remains pending.
4. Respondent has complied with United States immigration laws and has continuously pursued lawful immigration relief.
5. Respondent has **no criminal history, no arrests, and no convictions** whatsoever.
6. Respondent is the father of a **six-year-old United States citizen child**, who depends upon him emotionally and financially.
7. Respondent has secured a **United States citizen financial sponsor**, **Mr. Sameer Salim Dhanani**, who has agreed to provide Respondent with stable housing, financial assistance, transportation, and assistance in attending all Immigration Court hearings and Department of Homeland Security reporting requirements.

Uploaded on: 08/04/2026 at 03:30:35 PM (Eastern Daylight Time) Base City: NYV

8. Mr. Dhanani is a United States citizen, as demonstrated by his United States passport and Georgia driver's license.
9. Mr. Dhanani has also submitted his 2025 Federal Income Tax Return demonstrating his financial ability to support Respondent. He is financially capable of serving as Respondent's sponsor.
10. Respondent has strong ties to the community and has submitted numerous community reference letters attesting to his honesty, peaceful nature, integrity, and good moral character.
11. Respondent has a verified residence available immediately upon release and fully intends to comply with every condition imposed by this Court and the Department of Homeland Security.

---

## III. RESPONDENT IS NOT A DANGER TO THE COMMUNITY

Respondent has never been arrested or convicted of any criminal offense.

There is absolutely no evidence that Respondent poses any danger to persons or property.

To the contrary, Respondent has demonstrated exemplary character through:

- Lawful entry into the United States;
- Timely filing of his asylum application;
- Possession of a valid Employment Authorization Document;
- No criminal history;
- Strong family ties;
- Stable residence;
- Financial support from a United States citizen sponsor; and
- Numerous community character reference letters.

These factors overwhelmingly establish that Respondent presents no danger to the community.

---

## IV. RESPONDENT IS NOT A FLIGHT RISK

Respondent likewise presents no meaningful risk of flight.

Specifically:

- Respondent entered the United States lawfully after inspection.
- Respondent timely sought asylum through lawful immigration procedures.
- Respondent has maintained lawful employment authorization.
- Respondent has a six-year-old United States citizen child.
- Respondent has substantial family ties within the United States.
- Respondent has secured stable housing through his United States citizen sponsor.
- Respondent has significant community support.

- Respondent intends to diligently pursue his asylum application and attend every Immigration Court hearing.
- Respondent agrees to comply with all DHS reporting requirements and all conditions imposed by this Court.

These facts strongly demonstrate that Respondent is not a flight risk.

## V. FAVORABLE DISCRETIONARY FACTORS

The Court should also consider the following substantial favorable equities:

- Lawful admission into the United States on a B-1/B-2 visa.
- Timely filing of an asylum application.
- Possession of a valid Employment Authorization Document.
- Complete absence of any criminal history.
- Six-year-old United States citizen child.
- Strong family ties within the United States.
- Stable residence available immediately upon release.
- Financial support from a United States citizen sponsor.
- Sponsor's demonstrated financial stability through federal income tax returns.
- Numerous community reference letters.
- Good moral character.
- Willingness to comply with every future Immigration Court hearing and DHS reporting requirement.

These favorable factors overwhelmingly outweigh any concern regarding Respondent's appearance at future proceedings.

## VI. EXHIBITS

**Exhibit A** – Respondent's Passport, and I-94

**Exhibit B** – USCIS Employment Authorization Document (EAD)

**Exhibit C** – – Birth Certificate of Respondent's Six-Year-Old U.S. Citizen Child

**Exhibit D** – Affidavit of Financial Sponsor

**Exhibit E**– United States Passport of Sameer Salim Dhanani

**Exhibit F** – Georgia Driver's License of Sameer Salim Dhanani

**Exhibit G** – 2025 Federal Income Tax Return of Sameer Salim Dhanani

**Exhibit H** – Good Moral Character Letters

**Exhibit I** – Proof of Proposed Residence

**Exhibit J** – Family Photographs

---

## VII. PRAYER FOR RELIEF

WHEREFORE, Respondent respectfully requests that this Honorable Court:

1. Grant Respondent's Motion for Bond Redetermination
2. Conduct a prompt custody redetermination hearing;
3. Find that Respondent is **not a danger to the community** and **not a flight risk**;
4. Order Respondent's release from DHS custody upon the posting of an **immigration bond in the amount of Five Thousand Five Hundred Dollars ($5,500.00)**, or such other reasonable amount as the Court deems appropriate; and
5. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,



/S/Karan Joshi
Karan Joshi Esq
Attorney for Respondent
Orange Law Pllc
15500 Voss Road, Suite 10
Sugar Land, Texas 77498
Email: contact@orangelaw.us

Uploaded on: 08/04/2026 at 03:30:35 PM (Eastern Daylight Time) Base City: NYV

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**OFFICE OF THE IMMIGRATION JUDGE**
IMMIGRATION COURT NEWYORK , NY

In the Matter of: **Kamil Bhimani** A Number.: A- 242 186 028

**ORDER OF THE IMMIGRATION JUDGE**

Upon consideration of Respondent's Motion for Bond Redetermination, it is HEREBY ORDERED that the

motion be: **GRANTED** **DENIED**

because: DHS does not oppose the motion.

The respondent does not oppose the motion.

A response to the motion has not been filed with the

court. Good cause has been established for the motion.

The court agrees to the reasons stated in the opposition to the motion.

The motion is untimely per: _____.

Other:

Deadlines:

The application(s) must be filed by: _.

The respondent must comply with DHS biometrics instructions by: ___.

Date: ____________________ Immigration Judge ____________________________

**CERTIFICATE OF SERVICE**

I hereby certify that on this 04 day of August ,2026 a true and correct copy of the foregoing Motion for Bond Redetermination was served upon the Office of the Chief Counsel, Department of Homeland Security, via ecas

Attorney Karan Joshi
Orange Law Pllc
15500 Voss Road,Suite 10
Sugarland, Tx 77498
Contact: 281 888 8989
Email: contact@orangelaw.us
Texas Bar : 24120933

**EXHIBIT A**

**RESPONDENT PASSPORT & I-94**

3

ENTEBBE 19 14.10.19 IMMIGRATION UGANDA ENTRY

HYDERABAD AIRPORT ARRIVAL A 053 13 SEP 2020 A3-053 IMMIGRATION INDIA

IMMIGRATION EXIT UGANDA 331 E 25.12.20 ENTEBBE

IMMIGRATION ENTRY UGANDA 07.05.21 438 ENTEBBE

इस पासपोर्ट में 36 पृष्ठ हैं। This passport contains 36 pages.

भारत गणराज्य REPUBLIC OF INDIA



टाईप / Type: P
राष्ट्र कोड / Country Code: IND
पासपोर्ट नं. / Passport No.: N4599580
उपनाम / Surname: BHIMANI
दिया गया नाम / Given Name(s): KAMIL
राष्ट्रीयता / Nationality: INDIAN
लिंग / Sex: M
जन्मतिथि / Date of Birth: 23/07/1982
जन्म स्थान / Place of Birth: NANDED
जारी करने का स्थान / Place of Issue: KAMPALA
जारी करने की तिथि / Date of Issue: 06/11/2015
समाप्ति की तिथि / Date of Expiry: 05/11/2025

P<INDBHIMANI<<KAMIL<<<<<<<<<<<<<<<<<<<<<<<<<

N4599580<9IND8207230M2511052<<<<<<<<<<<<<<<0



Exh. 1 - Adm.

Scanned with CamScanner

For: **KAMIL BHIMANI**

U.S. Customs and Border Protection
*Securing America's Borders*

## Most Recent I-94

**Admission (I-94) Record Number : 325008320A3**
**Most Recent Date of Entry: 2023 April 21**
**Class of Admission : B2**
**Admit Until Date : 10/20/2023**
**Details provided on the I-94 Information form:**

| | |
|---|---|
| **Last/Surname :** | **BHIMANI** |
| **First (Given) Name :** | **KAMIL** |
| **Birth Date :** | **1982 July 23** |
| **Document Number :** | **N4599580** |
| **Country of Citizenship :** | **India** |

Get Travel History

▶ **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

▶ **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

▶ **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

**OMB No. 1651-0111**
**Expiration Date: 05/31/2023**

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

protected by reCAPTCHA
Privacy - Terms



Scanned with CamScanner

**EXHIBIT B**

**RESPONDENT EAD**






Scanned with CamScanner

**EXHIBIT C**

**BIRTH CERTIFICATE OF U.S CITIZEN CHILD**

# CERTIFICATE OF VITAL RECORD

VERIFY PRESENCE OF WATERMARK HOLD TO LIGHT TO VIEW

## STATE OF GEORGIA CERTIFICATE OF LIVE BIRTH

| | |
|---|---|
| Death Number | |
| Local File Number | |
| 1. State File Number | 2020GA000060984 |
| 2. CHILD'S NAME FIRST 3. MIDDLE 4. LAST 5. JR, III, ETC. | EZRAN KAMIL BHIMANI |
| 6. SEX (M or F) | MALE |
| 7. DATE OF BIRTH (Mo., Day, Year) | 07/05/2020 |
| 8. TIME OF BIRTH | 05:47 AM |
| 9. THIS BIRTH (Single, Twin, Triplet, Etc.) | SINGLE |
| 10. IF NOT SINGLE SPECIFY BIRTH ORDER | |
| 11. CITY, TOWN, OR LOCATION OF BIRTH | DECATUR |
| 12. HOSPITAL FACILITY NAME (If not Hospital give street and Number) | EMORY DECATUR HOSPITAL |
| 13. IF NOT HOSPITAL, Specify | |
| 14. COUNTY OF BIRTH | DEKALB |
| 15. MOTHER'S NAME FIRST 16. MIDDLE 17. LAST | SAMIM KAMIL BHIMANI |
| 18. MAIDEN (Last Name) | BHIMANI |
| 19. DATE OF BIRTH (Month, Day, Year) | 11/24/1991 |
| 20. STATE OF BIRTH (If not U.S.A., Name Country) | INDIA |
| 21. RESIDENCE - STATE | GEORGIA |
| 22. COUNTY | DEKALB |
| 23. CITY, TOWN OR LOCATION | DECATUR |
| 24. STREET AND NUMBER OF RESIDENCE | 419 CARRIAGE PLACE COURT |
| 25. MOTHER'S MAILING ADDRESS | 419 CARRIAGE PLACE COURT DECATUR GEORGIA 30033 |
| 26. RESIDENCE INSIDE CITY LIMITS? (yes or No) | UNKNOWN |
| 27. FATHER'S NAME FIRST 28. MIDDLE 29. LAST, JR., ETC. | KAMIL KARIM BHIMANI |
| 30. DATE OF BIRTH (Month, Day, Year) | 07/23/1982 |
| 31. STATE OF BIRTH (If not U.S.A., Name Country) | INDIA |
| 32a. INFORMANT'S NAME (Type or Print) | SAMIM K BHIMANI |
| 32b. RELATION TO CHILD | MOTHER |
| 33. PARENTS AUTHORIZE RELEASE OF INFORMATION TO SOCIAL SECURITY ADMINISTRATION TO ISSUE THIS CHILD A SOCIAL SECURITY NUMBER (Yes or No) | YES |
| 34. I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE (Signature) | Electronically signed by /S/ KECIA GATSON |
| 35. DATE SIGNED (Mo., Day, Year) | 07/07/2020 |
| 36. ATTENDANT AT BIRTH IF OTHER THAN CERTIFIER (Type or Print) (Name) | RODNEY M DOURRON |
| 37. (Title) | MD |
| 38. CERTIFIER (Type or Print) (Name) | KECIA GATSON |
| (Title) | BIRTHING CLERK |
| 39. PHYSICIAN'S MEDICAL LIC. NO. | |
| 40. CERTIFIER-MAILING ADDRESS (Street or R.F.D. No., City or Town, State, Zip) | 1000 JOHNSON FERRY ROAD NE ATLANTA GEORGIA 30342 |
| 41. REGISTRAR (Signature) | Electronically signed by /S/ CHRISTOPHER JP HARRISON |
| 42. DATE RECEIVED BY STATE REGISTRAR (Mo., Day, Year) | 07/07/2020 |

GEORGIA DEPARTMENT OF PUBLIC HEALTH, VITAL RECORDS SERVICE Form 3901A (Rev. 01/2013)

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE GEORGIA DEPARTMENT OF PUBLIC HEALTH, STATE OFFICE OF VITAL RECORDS. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3, DPH RULES AND REGULATIONS.

Any reproduction of this document is prohibited by statute. Do not accept unless on security paper with seal of Vital Records clearly embossed. Chapter 31-10, Code of Georgia as amended.

Form 3972 (Rev.5/15)

State Registrar 4107937

County Registrar

C5805331

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND, EMBOSSED SEAL AND THERMOCHROMIC INK. THE BACK CONTAINS SPECIAL LINES WITH TEXT.

JUL 21 2020

STATE OFFICE GA VITAL RECORDS

STATE OF GEORGIA 1776

VOID IF ALTERED OR ERASED

VOID IF ALTERED OR COPIED

# EXHIBIT D

# AFFIDAVIT OF FINANCIAL SPONSOR

# AFFIDAVIT OF FINANCIAL SPONSOR

I, SAMEER SALIM DHANANI, being of lawful age and duly sworn, hereby declare under penalty of perjury that the following statements are true and correct:

1. I am a **United States citizen** residing at 3718 MARTIN Luther King Jr SW 4106 ATLANTA GA 30331
2. I submit this affidavit in support of the immigration bond request for **Kamil Bhimani**
3. I am gainfully employed and financially stable. My household has sufficient income and financial resources to support Mr. Bhimani if he is released from detention. My recent federal income tax returns reflect my financial ability to serve as his sponsor.
4. If Mr. Bhimani is released, I will provide him with housing, financial assistance, transportation, and any other support necessary while his immigration proceedings remain pending.
5. I understand the conditions of his release and will make every reasonable effort to ensure that Mr. Bhimani appears at all Immigration Court hearings, complies with all reporting requirements imposed by the Department of Homeland Security (DHS) and U.S. Immigration and Customs Enforcement (ICE), maintains communication with his attorney, and complies with all lawful orders.
6. Based on my personal knowledge, I believe Mr. Bhimani is a person of good moral character, does not pose a danger to the community, and is not a flight risk. I respectfully request that the Immigration Judge grant him release on bond.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Sponsor's Signature:** [signature]

**Name:** SAMEER SALIM DHANANI

**Address:** 3718 MARTIN Luther King Jr SW 4106 ATLANTA GA 30331

**Phone:** 7176680685 **Driver's License No.:** 060711313

**NOTARY ACKNOWLEDGMENT**

**State of** Nassau **, County of** Nassau

Subscribed and sworn before me on this 24 day of July **, 2026, by**

**Sameer Dhanani**, who personally appeared before me and proved to me through satisfactory evidence to be the person whose name is subscribed to this Affidavit.

**Notary Public, State of** New York My Commission Expires: 02/29/2028

[signature]

SEAN PATRICK WERNERSBACH
Notary Public, State of New York
Reg. No. 01WE0021576
Qualified in Nassau County
Commission Expires February 29, 2028

# EXHIBIT E

## SPONSPOR US PASSPORT

Uploaded on: 08/04/2026 at 02:30:35 PM (Eastern Daylight Time) Base City: NYV




EOIR 19 of 65

Exh. 1 - Adm.

# EXHIBIT F

## SPONSORS DRIVERS LICENSE


GEORGIA
DRIVER'S LICENSE
LIMITED-TERM
DRIVER'S LICENSE
DL
USA GA
Governor:
4d DL NO. 060711313
3 DOB 04/23/1987
4b EXP 10/01/2025
9 CLASS C
2 SAMEER S
1 DHANANI
8 3718 MARTIN LTHR KNG DR SW APT 4106
ATLANTA, GA 30331
FULTON
12 REST A
9a END NONE
4a ISS 10/19/2023
15 SEX M
18 EYES BLK
16 HGT 5'-09"
17 WGT 190 lb
Commissioner:
5 DD 54287831591002000 0

Case 1:26-cv-05413-PKC Document 1-2 Filed 09/01/26 Page 22 of 65 PageID #: 29

# EXHIBIT G

# SPONSORS TAX RETURNS

COPY

▼ Detach Here and Mail With Your Payment ▼

Department of the Treasury
Internal Revenue Service

**Calendar Year — Due 04/15/2026**

# 2026 Form 1040-ES Payment Voucher 1

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to the **'United States Treasury.'** Write your social security number and '2026 Form 1040-ES' on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

| Amount of estimated tax you are paying by check or money order. . . . . . . . . . ► | 1,590. |
|---|---|

REV 04/24/26 PRO 1555

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
SAMEER DHANANI

415 FAIRBURN RD APT 510
ATLANTA GA 30331

INTERNAL REVENUE SERVICE
PO BOX 1300
CHARLOTTE NC 28201-1300

808425642 JQ DHAN 30 0 202612 430

COPY

▼ Detach Here and Mail With Your Payment ▼

Department of the Treasury
Internal Revenue Service

**Calendar Year —**
**Due 06/15/2026**

# 2026 Form 1040-ES Payment Voucher 2

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to the **'United States Treasury.'** Write your social security number and '2026 Form 1040-ES' on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

| Amount of estimated tax you are paying by check or money order. . . . . . . . . . ► | 1,590. |
|---|---|

REV 04/24/26 PRO 1555

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
SAMEER DHANANI

415 FAIRBURN RD APT 510
ATLANTA GA 30331

INTERNAL REVENUE SERVICE
PO BOX 1300
CHARLOTTE NC 28201-1300

808425642 JQ DHAN 30 0 202612 430

COPY

▼ Detach Here and Mail With Your Payment ▼

Department of the Treasury
Internal Revenue Service

**Calendar Year — Due 09/15/2026**

# 2026 Form 1040-ES Payment Voucher 3

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to the **'United States Treasury.'** Write your social security number and '2026 Form 1040-ES' on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

| Amount of estimated tax you are paying by check or money order. . . . . . . . . . ► | 1,590. |
|---|---|

REV 04/24/26 PRO 1555

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
SAMEER DHANANI

415 FAIRBURN RD APT 510
ATLANTA GA 30331

INTERNAL REVENUE SERVICE
PO BOX 1300
CHARLOTTE NC 28201-1300

808425642 JQ DHAN 30 0 202612 430

COPY

▼ Detach Here and Mail With Your Payment ▼

Department of the Treasury
Internal Revenue Service

**Calendar Year — Due 01/15/2027**

# 2026 Form 1040-ES Payment Voucher 4

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to the **'United States Treasury.'** Write your social security number and '2026 Form 1040-ES' on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

| Amount of estimated tax you are paying by check or money order. . . . . . . . . . ► | 1,590. |
|---|---|

REV 04/24/26 PRO 1555

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
SAMEER DHANANI

415 FAIRBURN RD APT 510
ATLANTA GA 30331

INTERNAL REVENUE SERVICE
PO BOX 1300
CHARLOTTE NC 28201-1300

808425642 JQ DHAN 30 0 202612 430

Form **8879**
(Rev. January 2021)
Department of the Treasury
Internal Revenue Service

# IRS *e-file* Signature Authorization

▶ **ERO must obtain and retain completed Form 8879.**
▶ **Go to *www.irs.gov/Form8879* for the latest information.**

OMB No. 1545-0074

Submission Identification Number (SID) ▶

| Taxpayer's name | **Social security number** |
|---|---|
| SAMEER DHANANI | 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 |
| Spouse's name | **Spouse's social security number** |
| | |

**Part I** **Tax Return Information — Tax Year Ending December 31,** 2025 (Enter year you are authorizing.)

Enter whole dollars only on lines 1 through 5.

**Note:** Form 1040-SS filers use line 4 only. Leave lines 1, 2, 3, and 5 blank.

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income | 1 | 61,168. |
| 2 | Total tax | 2 | 6,359. |
| 3 | Federal income tax withheld from Form(s) W-2 and Form(s) 1099 | 3 | |
| 4 | Amount you want refunded to you | 4 | |
| 5 | Amount you owe | 5 | 6,625. |

**Part II** **Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of the income tax return (original or amended) I am now authorizing, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from the income tax return (original or amended) I am now authorizing. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537**. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for the income tax return (original or amended) I am now authorizing and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

☒ I authorize MAN ACCOUNTING SERVICES INC. (**ERO firm name**) to enter or generate my PIN 2 5 6 4 2 (**Enter five digits, but don't enter all zeros**) as my signature on the income tax return (original or amended) I am now authorizing.

☐ I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ ______________________ Date ▶ ______________

**Spouse's PIN: check one box only**

☐ I authorize ______________________ (**ERO firm name**) to enter or generate my PIN ☐☐☐☐☐ (**Enter five digits, but don't enter all zeros**) as my signature on the income tax return (original or amended) I am now authorizing.

☐ I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ Date ▶

**Practitioner PIN Method Returns Only—continue below**

**Part III** **Certification and Authentication — Practitioner PIN Method Only**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. 6 3 5 8 0 4 7 8 6 1 1

**Don't enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature for the electronic individual income tax return (original or amended) I am now authorized to file for tax year indicated above for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Pub. 1345,** Handbook for Authorized IRS *e-file* Providers of Individual Income Tax Returns.

ERO's signature ▶ Date ▶

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

COPY

Form **9325** (January 2017)

Department of the Treasury - Internal Revenue Service

# Acknowledgement and General Information for Taxpayers Who File Returns Electronically

COPY

Thank you for participating in IRS *e-file*.

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

Taxpayer name SAMEER DHANANI

Taxpayer address (optional)

415 FAIRBURN RD APT 510

ATLANTA, GA 30331

1. ☐ Your federal income tax return for ______________ was filed electronically with the ______________ Submission Processing Center. The electronic filing services were provided by ______________.

2. ☐ Your return was accepted on ______________ using a Personal Identification Number (PIN) as your electronic signature. You entered a PIN or authorized the Electronic Return Originator (ERO) to enter or generate a PIN for you. The Submission ID assigned to your return is ______________.

3. ☐ Your return was accepted on ______________ Allow 4 to 6 weeks for the processing of your return. The Earned Income Credit or a dependent's exemption on your return may be reduced or disallowed due to a child's name and social security number mismatch.

4. ☐ Your electronic funds withdrawal payment request was accepted for processing.

5. ☐ Your electronic funds withdrawal payment request was not accepted for processing. Refer to the "If You Owe Tax" section.

6. ☒ Your Form 4868, Application for Automatic Extension of Time to File U.S. Individual Income Tax Return, was accepted on 04/14/2026. The Submission ID assigned to your extension is 6358042026104014autdt.

## DO NOT SEND A PAPER COPY OF YOUR RETURN TO THE IRS. IF YOU DO, IT WILL DELAY THE PROCESSING OF THE RETURN.

### If You Need to Make a Change to Your Return

If you need to make a change or correct the return you filed electronically, you should send a Form 1040X, Amended U.S. Individual Income Tax Return, to the IRS Submission Processing Center that processes paper returns for your area. The address is available at *www.irs.gov*, or you can call the IRS toll-free at 1-800-829-1040.

### If You Need to Ask About Your Refund

The IRS notifies your Electronic Return Originator (ERO) when your return is accepted, usually within 48 hours. If your return was not accepted, the IRS notifies your ERO of the reasons for rejection. If it has been more than three weeks since the IRS accepted your return and you have not received your refund, go to *www.irs.gov* and click on "Where's My Refund?" to view your refund status. Exception: If box 3 above is checked, allow 4 to 6 weeks for processing of your return. A notice will be sent to you advising of changes to your return.

Also, you can call the TeleTax line at 1-800-829-4477, for automated refund information. You should have available the first social security number shown on your return, your filing status, and the exact amount of the refund you expect. TeleTax gives you the date for mailing or depositing your refund. You should receive your refund check within 30 days of the date given by TeleTax, or within one week of that date, if you chose direct deposit. If you do not receive it by then, or if TeleTax does not give your refund information, call the Refund Hotline at 1-800-829-1954.

Uploaded on: 08/04/2026 at 03:30:35 PM (Eastern Daylight Time) Base City: NYC

The IRS uses refunds to cover overdue taxes and notifies you when this occurs. The Fiscal Service offsets refunds through the Treasury Offset Program to cover past due child support, federal agency non-tax debts such as student loans and state income tax obligations. Fiscal Service sends you an offset notice if it applies your refund or part of your refund to non-tax debts. If you have questions about the offset, contact the agency identified in the notice. You may also call the Treasury Offset Program Call Center at 1-800-304-3107, if you have additional questions.

**If You Owe Tax**

If your return has a balance due, you must pay the amount you owe by the prescribed due date. If you paid by electronic funds withdrawal (direct debit) or by credit card, no voucher is needed. The credit card service providers will charge a convenience fee based on the amount of taxes you are paying. The fees and the type of credit or debit cards accepted may vary between providers. You will be told the amount of the fee during the transaction and you will be given the option to either continue or end the transaction. For information on paying your taxes electronically, including by credit or debit card, go to *www.irs.gov/e-pay*.

If you are not paying electronically you may use Form 1040-V, Payment Voucher, which you can obtain from your Electronic Return Originator. If the IRS does not receive your payment by the prescribed due date, you will receive a notice that requests full payment of the tax due, plus penalties and interest. If you can not pay the amount in full, complete Form 9465, Installment Agreement Request, which you may file electronically. To apply for an installment agreement online, go to *www.irs.gov*. You may also order Form 9465 by calling 1-800-TAX-FORM (1-800-829-3676). If approved, the IRS charges a user fee to set up an installment agreement.

**If You Need to Inquire About Your Electronic Funds Withdrawal Payment**

You may call 1-888-353-4537 to inquire about the status of your electronic funds withdrawal payment. If there is a change to the bank account information included on your return, you should call this number to cancel a scheduled payment. You should have available the social security number of the first person listed on the tax return, the payment amount, and the bank account number. Cancellation requests must be received no later than 11:59 p.m. E.T. two business days prior to the scheduled payment date.

**Tax Refund Related Financial Products**

Financial institutions offer a variety of financial products to taxpayers based on their refunds. Contracts for financial products are between you and the financial institution. The IRS is not associated with the contract. **If you have questions about tax refund related products, contact your Electronic Return Originator or the lender.**

COPY

Uploaded on: 08/04/2026 at 03:39:35 PM (Eastern Daylight Time) Base City: NYC
Case 1:26-cv-05415-PKC Document 1-2 Filed 09/01/26 Page 30 of 65 PageID #: 37



| IF you live in... | THEN use this address to send in your payment... |
|---|---|
| Alabama, Florida, Georgia, Louisiana, Mississippi, North Carolina, South Carolina, Tennessee, Texas | Internal Revenue Service<br>P.O. Box 1214<br>Charlotte, NC 28201-1214 |
| Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Dakota, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming | Internal Revenue Service<br>P.O. Box 931000<br>Louisville, KY 40293-1000 |
| A foreign country, American Samoa, or Puerto Rico (or are excluding income under Internal Revenue Code section 933), or use an APO or FPO address, or file Form 2555 or 4563, or are a dual-status alien or nonpermanent resident of Guam or the U.S. Virgin Islands | Internal Revenue Service<br>P.O. Box 1303<br>Charlotte, NC 28201-1303 |

COPY

MAIL FORM 1040-V TO THE INTERNAL REVENUE SERVICE CENTER AT THE ADDRESS LISTED BELOW.

Form **1040-V** 2025

▼ **Detach Here and Mail With Your Payment and Return** ▼

Department of the Treasury
Internal Revenue Service

**2025**

# Form 1040-V Payment Voucher for Individuals

- ► Use this voucher when making a payment with Form 1040.
- ► Do not staple this voucher or your payment to Form 1040.
- ► Make your check or money order payable to the 'United States Treasury.'
- ► Write your social security number (SSN) on your check or money order.

| Enter the amount of your payment . . . . . . . . ► | 6,625. |
|---|---|

REV 04/24/26 PRO 1555

SAMEER DHANANI

415 FAIRBURN RD 510
ATLANTA GA 30331

INTERNAL REVENUE SERVICE
P.O. BOX 1214
CHARLOTTE, NC 28201-1214



808425642 JQ DHAN 30 0 202512 610

Uploaded on: 08/04/2026 at 03:39:35 PM (Eastern Daylight Time) Base City: NYC

Form **1040** Department of the Treasury—Internal Revenue Service
# U.S. Individual Income Tax Return 2025
OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2025, or other tax year beginning , 2025, ending , 20 See separate instructions.

☐ Filed pursuant to section 301.9100-2 ☐ Combat zone ☐ Deceased Spouse

☐ Other

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| SAMEER | DHANANI | 808 42 5642 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Check here if your main home, and your spouse's if filing a joint return, was in the U.S. for more than half of 2025. ☐ |
|---|---|---|
| 415 FAIRBURN RD | 510 | |

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| ATLANTA | GA | 30331 |
| Foreign country name | Foreign province/state/county | Foreign postal code |
| | | |

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

## Filing Status
Check only one box.

- ☒ Single
- ☐ Married filing jointly (even if only one had income)
- ☐ Married filing separately (MFS). Enter spouse's SSN above and full name here:
- ☐ Head of household (HOH)
- ☐ Qualifying surviving spouse (QSS)
  If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:
- ☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and *attach statement if required*):

## Digital Assets
At any time during 2025, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

## Dependents
(see instructions)

If more than four dependents, see instructions and check here ☐

| | Dependent 1 | Dependent 2 | Dependent 3 | Dependent 4 |
|---|---|---|---|---|
| (1) First name | | | | |
| (2) Last name | | | | |
| (3) SSN | | | | |
| (4) Relationship | | | | |
| (5) Check if lived with you more than half of 2025 | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. |
| (6) Check if | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled |
| (7) Credits | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents |

☐ Check if your filing status is MFS or HOH and you lived apart from your spouse for the last 6 months of 2025, or you are legally separated according to your state law under a written separation agreement or a decree of separate maintenance and you did not live in the same household as your spouse at the end of 2025.

## Income

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**
If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | | 1b | |
| c | Tip income not reported on line 1a (see instructions) | | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 31 | | 1f | |
| g | Wages from Form 8919, line 6 | | 1g | |
| h | Other earned income (see instructions). Enter type and amount: | | 1h | |
| i | Nontaxable combat pay election (see instructions) | 1i | | |
| z | Add lines 1a through 1h | | 1z | |
| 2a | Tax-exempt interest | 2a | | |
| b | Taxable interest | | 2b | |
| 3a | Qualified dividends | 3a | | |
| b | Ordinary dividends | | 3b | |
| c | Check if your child's dividends are included in 1 ☐ Line 3a 2 ☐ Line 3b | | | |
| 4a | IRA distributions | 4a | | |
| b | Taxable amount | | 4b | |
| c | Check if (see instructions) 1 ☐ Rollover 2 ☐ QCD 3 ☐ | | | |
| 5a | Pensions and annuities | 5a | | |
| b | Taxable amount | | 5b | |
| c | Check if (see instructions) 1 ☐ Rollover 2 ☐ PSO 3 ☐ | | | |
| 6a | Social security benefits | 6a | | |
| b | Taxable amount | | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | |
| d | If you are married filing separately and lived apart from your spouse the entire year (see inst.), check here ☐ | | | |
| 7a | Capital gain or (loss). Attach Schedule D if required | | 7a | |
| b | Check if: ☐ Schedule D not required ☐ Includes child's capital gain or (loss) | | | |
| 8 | Additional income from Schedule 1, line 10 | | 8 | 62,287. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7a, and 8. This is your **total income** | | 9 | 62,287. |
| 10 | Adjustments to income from Schedule 1, line 26 | | 10 | 1,119. |
| 11a | Subtract line 10 from line 9. This is your **adjusted gross income** | | 11a | 61,168. |

COPY

## Tax and Credits

| | | | |
|---|---|---|---|
| 11b | Amount from line 11a (adjusted gross income) | 11b | 61,168. |
| 12a | Someone can claim ☐ You as a dependent ☐ Your spouse as a dependent | | |
| b | ☐ Spouse itemizes on a separate return  c ☐ You were a dual-status alien | | |
| d | You: ☐ Were born before January 2, 1961 ☐ Are blind | | |
| | Spouse: ☐ Was born before January 2, 1961 ☐ Is blind | | |
| e | **Standard deduction or itemized deductions** (from Schedule A) | 12e | 15,750. |
| 13a | Qualified business income deduction from Form 8995 or Form 8995-A | 13a | 9,084. |
| b | Additional deductions from Schedule 1-A, line 38 | 13b | |
| 14 | Add lines 12e, 13a, and 13b | 14 | 24,834. |
| 15 | Subtract line 14 from line 11b. If zero or less, enter -0-. This is your **taxable income** | 15 | 36,334. |
| 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ | 16 | 4,121. |
| 17 | Amount from Schedule 2, line 3 | 17 | |
| 18 | Add lines 16 and 17 | 18 | 4,121. |
| 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| 20 | Amount from Schedule 3, line 8 | 20 | |
| 21 | Add lines 19 and 20 | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 4,121. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 2,238. |
| 24 | Add lines 22 and 23. This is your **total tax** | 24 | 6,359. |

**Standard deduction for—**
- Single or Married filing separately, $15,750
- Married filing jointly or Qualifying surviving spouse, $31,500
- Head of household, $23,625
- If you checked a box on line 12a, 12b, 12c, or 12d, see inst.

## Payments and Refundable Credits

| | | | | | |
|---|---|---|---|---|---|
| 25 | Federal income tax withheld from: | | | | |
| a | Form(s) W-2 | 25a | | | |
| b | Form(s) 1099 | 25b | | | |
| c | Other forms (see instructions) | 25c | | | |
| d | Add lines 25a through 25c | | | 25d | |
| 26 | 2025 estimated tax payments and amount applied from 2024 return | | | 26 | |
| | If you made estimated tax payments with your former spouse in 2025, enter their SSN (see instructions): | | | | |
| 27a | Earned income credit (EIC) | 27a | | | |
| b | Clergy filing Schedule SE (see instructions) ☐ | | | | |
| c | If you do not want to claim the EIC, check here ☐ | | | | |
| 28 | Additional child tax credit (ACTC) from Schedule 8812. If you do not want to claim the ACTC, check here ☐ | 28 | | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | | |
| 30 | Refundable adoption credit from Form 8839, line 13 | 30 | | | |
| 31 | Amount from Schedule 3, line 15 | 31 | | | |
| 32 | Add lines 27a, 28, 29, 30, and 31. These are your **total other payments and refundable credits** | | | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** | | | 33 | |

If you have a qualifying child, you may need to attach Sch. EIC.

COPY

## Refund

| | | | |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
| 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | 35a | |
| b | Routing number X X X X X X X X X  c Type: ☐ Checking ☐ Savings | | |
| d | Account number X X X X X X X X X X X X X X X X X | | |
| 36 | Amount of line 34 you want **applied to your 2026 estimated tax** | 36 | |

Direct deposit? See instructions.

## Amount You Owe

| | | | |
|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | 6,625. |
| 38 | Estimated tax penalty (see instructions) | 38 | 266. |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS? See instructions. ☐ **Yes.** Complete below. ☒ **No**

Designee's name | Phone no. | Personal identification number (PIN)

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | Self Employment | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| Phone no. | Email address | | |

Joint return? See instructions. Keep a copy for your records.

## Paid Preparer Use Only

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| Murad Ali Budhwani | Murad Ali Budhwani | 06/11/2026 | P00959114 | ☐ Self-employed |
| Firm's name MAN ACCOUNTING SERVICES INC. | | | Phone no. (205)835-7865 | |
| Firm's address 612 CAMDEN RIDGE BIRMINGHAM AL 35226 | | | Firm's EIN 20-4906411 | |

**SCHEDULE 1 (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

**Attach to Form 1040, 1040-SR, or 1040-NR.**
**Go to *www.irs.gov/Form1040* for instructions and the latest information.**

OMB No. 1545-0074
2025
Attachment Sequence No. **01**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | **Your social security number** |
|---|---|
| SAMEER DHANANI | 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 |

For 2025, enter the amount reported to you on Form(s) 1099-K that was included in error or for personal items sold at a loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ______

**Note:** The remaining amounts reported to you on Form(s) 1099-K should be reported elsewhere on your return depending on the nature of the transaction. See *www.irs.gov/1099k*.

## Part I Additional Income

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | | | 1 | |
| 2a | Alimony received | | | 2a | |
| b | Date of original divorce or separation agreement (see instructions): ______ | | | | |
| 3 | Business income or (loss). Attach Schedule C | | | 3 | 15,843. |
| 4 | Other gains or (losses). Check if any from Form(s): ☐ 4797 ☐ 4684 | | | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | | 5 | 46,444. |
| 6 | Farm income or (loss). Attach Schedule F | | | 6 | |
| 7 | Unemployment compensation. If you repaid a 2025 overpayment (see instructions), check here ☐ and enter amount repaid: ______ | | | 7 | |
| 8 | Other income: | | | | |
| a | Net operating loss | 8a | ( ) | | |
| b | Gambling | 8b | | | |
| c | Cancellation of debt | 8c | | | |
| d | Foreign earned income exclusion from Form 2555 | 8d | ( ) | | |
| e | Income from Form 8853 | 8e | | | |
| f | Income from Form 8889 | 8f | | | |
| g | Alaska Permanent Fund dividends | 8g | | | |
| h | Jury duty pay | 8h | | | |
| i | Prizes and awards | 8i | | | |
| j | Activity not engaged in for profit income | 8j | | | |
| k | Stock options | 8k | | | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8l | | | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | 8m | | | |
| n | Section 951(a) inclusion (see instructions) | 8n | | | |
| o | Section 951A(a) inclusion (see instructions) | 8o | | | |
| p | Section 461(l) excess business loss adjustment | 8p | | | |
| q | Taxable distributions from an ABLE account (see instructions) | 8q | | | |
| r | Scholarship and fellowship grants not reported on Form W-2 | 8r | | | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | 8s | ( ) | | |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan | 8t | | | |
| u | Wages earned while incarcerated | 8u | | | |
| v | Digital assets received as ordinary income not reported elsewhere. See instructions | 8v | | | |
| z | Other income. List type and amount: ______ | 8z | | | |
| 9 | Total other income. Add lines 8a through 8z | | | 9 | |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | | | 10 | 62,287. |

COPY

## Part II Adjustments to Income

| | | | | | |
|---|---|---|---|---|---|
| 11 | Educator expenses | | | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | | | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 | | | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903. If claiming only storage fees (see instructions), check here ☐ | | | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | | | 15 | 1,119. |
| 16 | Self-employed SEP, SIMPLE, and qualified plans | | | 16 | |
| 17 | Self-employed health insurance deduction | | | 17 | |
| 18 | Penalty on early withdrawal of savings | | | 18 | |
| 19a | Alimony paid | | | 19a | |
| b | Recipient's SSN | | | | |
| c | Date of original divorce or separation agreement (see instructions): | | | | |
| 20 | IRA deduction. If you are married filing separately and lived apart from your spouse for the entire year (see instructions), check here ☐ | | | 20 | |
| 21 | Student loan interest deduction | | | 21 | |
| 22 | Reserved for future use | | | 22 | |
| 23 | Archer MSA deduction | | | 23 | |
| 24 | Other adjustments: | | | | |
| a | Jury duty pay (see instructions) | 24a | | | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | 24b | | | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | 24c | | | |
| d | Reforestation amortization and expenses | 24d | | | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 | 24e | | | |
| f | Contributions to section 501(c)(18)(D) pension plans | 24f | | | |
| g | Contributions by certain chaplains to section 403(b) plans | 24g | | | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | 24h | | | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | 24i | | | |
| j | Housing deduction from Form 2555 | 24j | | | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | 24k | | | |
| z | Other adjustments. List type and amount: | 24z | | | |
| 25 | Total other adjustments. Add lines 24a through 24z | | | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 | | | 26 | 1,119. |

COPY

Uploaded on: 08/04/2026 at 03:30:35 PM (Eastern Daylight Time) Base City: NYC

**SCHEDULE 2 (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Taxes

**Attach to Form 1040, 1040-SR, or 1040-NR.**

**Go to *www.irs.gov/Form1040* for instructions and the latest information.**

OMB No. 1545-0074

2025

Attachment Sequence No. **02**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | **Your social security number** |
|---|---|
| SAMEER DHANANI | 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 |

## Part I Tax

| | | | | | |
|---|---|---|---|---|---|
| **1** | Additions to tax: | | | | |
| a | Excess advance premium tax credit repayment. Attach Form 8962 . . . . | **1a** | | | |
| b | Repayment of new clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part II. Attach Form 8936 and Schedule A (Form 8936) . . . | **1b** | | | |
| c | Repayment of previously owned clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part IV. Attach Form 8936 and Schedule A (Form 8936) . . . | **1c** | | | |
| d | Recapture of net EPE from Form 4255, line 2a, column (l) . . . . . . . | **1d** | | | |
| e | Excessive payments (EPs) on gross EPE from Form 4255. Check applicable box and enter amount. See instructions.<br>**(i)** ☐ Line 1a **(ii)** ☐ Line 1c<br>**(iii)** ☐ Line 1d **(iv)** ☐ Line 2a . . . | **1e** | | | |
| f | 20% EP from Form 4255. Check applicable box and enter amount. See instructions.<br>**(i)** ☐ Line 1a **(ii)** ☐ Line 1c<br>**(iii)** ☐ Line 1d **(iv)** ☐ Line 2a . . . | **1f** | | | |
| y | Other additions to tax (see instructions): ______ | **1y** | | | |
| z | Add lines 1a through 1y . . . . . . . . . | | | **1z** | |
| **2** | Alternative minimum tax. Attach Form 6251 . . . . . . . | | | **2** | |
| **3** | Add lines 1z and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . . | | | **3** | |

## Part II Other Taxes

| | | | | | |
|---|---|---|---|---|---|
| **4** | Self-employment tax. Attach Schedule SE. Check if any exemption from (see instructions):<br>**1** ☐ 4361 **2** ☐ 4029 **3** ☐ ______ . . . . . | | | **4** | 2,238. |
| **5** | Social security and Medicare tax on unreported tip income. Attach Form 4137 | **5** | | | |
| **6** | Uncollected social security and Medicare tax on wages. Attach Form 8919 . | **6** | | | |
| **7** | Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . | | | **7** | |
| **8** | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required.<br>If not required, check here . . . . . ☐ | | | **8** | |
| **9** | Household employment taxes. Attach Schedule H . . . . . . | | | **9** | |
| **10** | Reserved for future use . . . . . . . . | | | **10** | |
| **11** | Additional Medicare Tax. Attach Form 8959 . . . . . . | | | **11** | |
| **12** | Net investment income tax. Attach Form 8960 . . . . . . | | | **12** | |
| **13** | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . | | | **13** | |
| **14** | Interest on tax due on installment income from the sale of certain residential lots and timeshares . . | | | **14** | |
| **15** | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . | | | **15** | |
| **16** | Recapture of low-income housing credit. Attach Form 8611 . . . . . . | | | **16** | |

COPY

*(continued on page 2)*

## Part II Other Taxes *(continued)*

| | | | | | |
|---|---|---|---|---|---|
| **17** | Other additional taxes: | | | | |
| **a** | Recapture of other credits. List type, form number, and amount: | **17a** | | | |
| **b** | Recapture of federal mortgage subsidy. If you sold your home, see instructions | **17b** | | | |
| **c** | Additional tax on HSA distributions. Attach Form 8889 | **17c** | | | |
| **d** | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 | **17d** | | | |
| **e** | Additional tax on Archer MSA distributions. Attach Form 8853 | **17e** | | | |
| **f** | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 | **17f** | | | |
| **g** | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property | **17g** | | | |
| **h** | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A | **17h** | | | |
| **i** | Compensation you received from a nonqualified deferred compensation plan described in section 457A | **17i** | | | |
| **j** | Section 72(m)(5) excess benefits tax | **17j** | | | |
| **k** | Golden parachute payments | **17k** | | | |
| **l** | Tax on accumulation distribution of trusts | **17l** | | | |
| **m** | Excise tax on insider stock compensation from an expatriated corporation | **17m** | | | |
| **n** | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 | **17n** | | | |
| **o** | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR | **17o** | | | |
| **p** | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund | **17p** | | | |
| **q** | Any interest from Form 8621, line 24 | **17q** | | | |
| **z** | Any other taxes. List type and amount: | **17z** | | | |
| **18** | Total additional taxes. Add lines 17a through 17z | | | **18** | |
| **19** | Recapture of net EPE from Form 4255, line 1d, column (l) | | | **19** | |
| **20** | Section 965 net tax liability installment from Form 965-A | **20** | | | |
| **21** | Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes**. Enter here and on Form 1040 or 1040-SR, line 23; or Form 1040-NR, line 23b | | | **21** | 2,238. |

COPY

**SCHEDULE C (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business

**(Sole Proprietorship)**

**Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.**

**Go to *www.irs.gov/ScheduleC* for instructions and the latest information.**

OMB No. 1545-0074

**2025**

Attachment Sequence No. **09**

| Name of proprietor | **Social security number (SSN)** |
|---|---|
| SAMEER DHANANI | 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 |
| **A** Principal business or profession, including product or service (see instructions)<br>Wholesale | **B Enter code from instructions**<br>4 2 4 4 0 0 |
| **C** Business name. If no separate business name, leave blank.<br>C STORE SUPPLIES DISTRIBUTORS LLC | **D Employer ID number (EIN)** (see instr.)<br>9 2 3 1 0 3 2 4 1 |

**E** Business address (including suite or room no.) 8324 Snow Goose Way

City, town or post office, state, and ZIP code Fort Worth, TX 76118

**F** Accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2025? If "No," see instructions for limit on losses . ☒ **Yes** ☐ **No**

**H** If you started or acquired this business during 2025, check here . . . ☐

**I** Did you make any payments in 2025 that would require you to file Form(s) 1099? See instructions . . . ☐ **Yes** ☒ **No**

**J** If "Yes," did you or will you file required Form(s) 1099? . . . ☐ **Yes** ☐ **No**

## Part I Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . ☐ | 1 | 2,687,541. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 2,687,541. |
| 4 | Cost of goods sold (from line 42) | 4 | 2,577,633. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 109,908. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 109,908. |

## Part II **Expenses.** Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | 2,878. |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | 19,076. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | 3,884. |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | 5,709. |
| | | | | b | Deductible meals (see instructions) | 24b | 3,771. |
| 15 | Insurance (other than health) | 15 | 5,410. | 25 | Utilities | 25 | |
| 16 | Interest (see instructions): | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27a | Energy efficient commercial bldgs deduction (attach Form 7205) | 27a | |
| b | Other | 16b | | | | | |
| 17 | Legal and professional services | 17 | 850. | b | Other expenses (from line 48) | 27b | 52,487. |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b | 28 | 94,065. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 15,843. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: ____<br>and (b) the part of your home used for business: ____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | 15,843. |

**32** If you have a loss, check the box that describes your investment in this activity. See instructions.

• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** ☐ All investment is at risk.
**32b** ☐ Some investment is not at risk.

COPY

Uploaded on: 08/04/2026 at 03:39:35 PM (Eastern Daylight Time) Base City: NYV



## Part III Cost of Goods Sold (see instructions)

33 Method(s) used to value closing inventory: **a** ☐ Cost **b** ☐ Lower of cost or market **c** ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . ☐ **Yes** ☐ **No**

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | **35** | |
| **36** | Purchases less cost of items withdrawn for personal use | **36** | 2,577,633. |
| **37** | Cost of labor. Do not include any amounts paid to yourself | **37** | |
| **38** | Materials and supplies | **38** | |
| **39** | Other costs | **39** | |
| **40** | Add lines 35 through 39 | **40** | 2,577,633. |
| **41** | Inventory at end of year | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | **42** | 2,577,633. |

## Part IV Information on Your Vehicle.

Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month/day/year) ____________

44 Of the total number of miles you drove your vehicle during 2025, enter the number of miles you used your vehicle for:

**a** Business ____________ **b** Commuting (see instructions) ____________ **c** Other ____________

45 Was your vehicle available for personal use during off-duty hours? . . . ☐ **Yes** ☐ **No**

46 Do you (or your spouse) have another vehicle available for personal use? . . . ☐ **Yes** ☐ **No**

47a Do you have evidence to support your deduction? . . . ☐ **Yes** ☐ **No**

**b** If "Yes," is the evidence written? . . . ☐ **Yes** ☐ **No**

## Part V Other Expenses.

List below business expenses not included on lines 8-27a, or line 30.

| | |
|---|---|
| Automobile Exp | 14,248. |
| Bank Services Charges | 1,862. |
| Supplies | 4,613. |
| Telephone Exp | 2,460. |
| Computer & Internate Exp | 2,304. |
| Managment Fee | 27,000. |
| | |
| | |
| | |
| **48 Total other expenses.** Enter here and on line 27b . . . **48** | 52,487. |

COPY

Name(s) shown on return. Do not enter name and social security number if shown on other side.
SAMEER DHANANI

Your social security number
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

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column (**e**) on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column (**f**) on line 28 and attach **Form 6198.** See instructions.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section . . . ☐ Yes ☒ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | ERIC WHOLESALE LLC | P | ☐ | 82-3982565 | ☐ | ☐ |
| B | | | ☐ | | ☐ | ☐ |
| C | | | ☐ | | ☐ | ☐ |
| D | | | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss allowed (see Schedule K-1) | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | 46,444. |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | 46,444. |
| b Totals | | | | | |

| | | | |
|---|---|---|---|
| 30 | Add columns (h) and (k) of line 29a . . . | 30 | 46,444. |
| 31 | Add columns (g), (i), and (j) of line 29b . . . | 31 | ( ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . | 32 | 46,444. |

## Part III Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 35 | Add columns (d) and (f) of line 34a . . . | 35 | |
| 36 | Add columns (c) and (e) of line 34b . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . | 37 | |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below . | 39 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below . . . | 40 | |
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 . . . | 41 | 46,444. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AN; and Schedule K-1 (Form 1041), box 14, code F. See instructions . | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . | 43 | |

COPY

**SCHEDULE SE (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

**Attach to Form 1040, 1040-SR, 1040-SS, or 1040-NR.**
**Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.**

OMB No. 1545-0074
2025
Attachment Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, 1040-SS, or 1040-NR): SAMEER DHANANI

Social security number of person with **self-employment** income: 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

## Part I Self-Employment Tax

**Note:** If your only income subject to self-employment tax is **church employee income**, see instructions for how to report your income and the definition of church employee income.

**A** If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1a | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | | | 1a | |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AQ | | | 1b | ( ) |
| | Skip line 2 if you use the nonfarm optional method in Part II. See instructions. | | | | |
| 2 | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | | | 2 | 15,843. |
| 3 | Combine lines 1a, 1b, and 2 | | | 3 | 15,843. |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 | | | 4a | 14,631. |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | | | |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here | | | 4b | |
| c | Combine lines 4a and 4b. If less than $400, **stop**; you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income**, enter -0- and continue | | | 4c | 14,631. |
| 5a | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income | 5a | | | |
| b | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- | | | 5b | 0. |
| 6 | Add lines 4c and 5b | | | 6 | 14,631. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2025 | | | 7 | $176,100 |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $176,100 or more, skip lines 8b through 10, and go to line 11 | 8a | | | |
| b | Unreported tips subject to social security tax from Form 4137, line 10 | 8b | | | |
| c | Wages subject to social security tax from Form 8919, line 10 | 8c | | | |
| d | Add lines 8a, 8b, and 8c | | | 8d | |
| 9 | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 | | | 9 | 176,100. |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) | | | 10 | 1,814. |
| 11 | Multiply line 6 by 2.9% (0.029) | | | 11 | 424. |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4**, or **Form 1040-SS, Part I, line 3** | | | 12 | 2,238. |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15** | 13 | 1,119. | | |

COPY

## Part II Optional Methods To Figure Net Earnings (see instructions)

**Farm Optional Method.** You may use this method **only** if (**a**) your gross farm income[1] wasn't more than $10,860, **or** (**b**) your net farm profits[2] were less than $7,840.

| | | | |
|---|---|---|---|
| **14** | Maximum income for optional methods | **14** | $7,240 |
| **15** | Enter the **smaller** of: two-thirds (2/3) of gross farm income[1] (not less than zero) **or** $7,240. Also, include this amount on line 4b above | **15** | |

**Nonfarm Optional Method.** You may use this method **only** if (**a**) your net nonfarm profits[3] were less than $7,840 and also less than 72.189% of your gross nonfarm income,[4] **and** (**b**) you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| | | | |
|---|---|---|---|
| **16** | Subtract line 15 from line 14 | **16** | |
| **17** | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above | **17** | |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.

[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.

[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.

[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.



COPY

Form **8995**

Department of the Treasury
Internal Revenue Service

# Qualified Business Income Deduction Simplified Computation

**Attach to your tax return.**
**Go to *www.irs.gov/Form8995* for instructions and the latest information.**

OMB No. 1545-0074
2025
Attachment Sequence No. **55**

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| SAMEER DHANANI | 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 |

**Note:** *You can claim the qualified business income deduction* ***only*** *if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is at or below $197,300 ($394,600 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | **(a)** Trade, business, or aggregation name | **(b)** Taxpayer identification number | **(c)** Qualified business income or (loss) |
|---|---|---|---|
| i | ERIC WHOLESALE LLC | 82-3982565 | 46,444. |
| ii | C STORE SUPPLIES DISTRIBUTORS LLC | 92-3103241 | 14,724. |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | 2 | 61,168. | | |
| 3 | Qualified business net (loss) carryforward from the prior year | 3 | ( ) | | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | 4 | 61,168. | | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | 5 | 12,234. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | 6 | | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | 7 | ( ) | | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | 8 | | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | 9 | |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | 10 | 12,234. |
| 11 | Taxable income before qualified business income deduction (see instructions) | 11 | 45,418. | | |
| 12 | Enter your net capital gain, if any, increased by any qualified dividends (see instructions) | 12 | 0. | | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 13 | 45,418. | | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | 14 | 9,084. |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) | | | 15 | 9,084. |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | 16 | ( 0. ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | 17 | ( 0. ) |



COPY

Uploaded on: 08/04/2026 at 03:30:35 PM (Eastern Daylight Time) Base City: NY

## INSTRUCTIONS FOR INDIVIDUAL AND FIDUCIARY ESTIMATED TAX (500 ES)

**WHO MUST FILE ESTIMATED TAX.** Each individual or fiduciary subject to Georgia income tax who reasonably expects to have gross income during the year which exceeds (1) applicable exemptions, plus (2) estimated deductions, plus (3) $1,000 of income not subject to withholding.

**EXCEPTION.** Estimated tax is not required if, under an agreement between the employer and the employee, additional tax is withheld to cover income that normally would require estimated tax to be filed. Individuals whose gross income from farming or fishing is at least two thirds of the total gross income from all sources may: (a) file as other taxpayers or (b) file their return by March 1 and pay the full amount of tax due by that date. Fiduciaries shall not be required to pay estimated tax with respect to any taxable year ending before the date two years after the date of the decedent's death in the case of:

1. The estate of such decedent; or
2. A testamentary trust as defined in IRC Section 6654(I)(2)(B).

**PURPOSE OF ESTIMATED TAX.** The purpose is to enable taxpayers having income not subject to withholding to currently pay their income tax. Taxpayers are also required to file an annual return claiming credit thereon for amounts paid or credited to their estimated tax.

**PAYMENT OF ESTIMATED TAX.** Payment in full of your estimated tax may be made with the first required installment or in equal installments during this year on or before April 15, June 15, September 15, and the following January 15. Fiscal year filers should adjust the dates accordingly. If the due date falls on a weekend or holiday, the tax shall be due on the next day that is not a weekend or holiday.

**HOW TO ESTIMATE YOUR TAX.** A schedule for computing your estimated tax and the tax rate are listed in the Tax Booklet.

**PENALTIES.** Failure to comply with the provisions of this law relative to underpayment of installments may result in the assessment of additional charges as a penalty. Willful failure to pay estimated tax will constitute a misdemeanor.

**STANDARD DEDUCTION.**

Single, Head of household, or Married filing separately......... $12,000

Married filing jointly ..............................................................$24,000

(After 12/31/23, there are no more additional $1,300 deductions for taxpayers who are age 65 or older or blind.)

**WHEN AND WHERE TO FILE.** Estimated tax required from persons not regarded as farmers or fishermen shall be filed on or before April 15 of the taxable year, except if the above requirements are first met on or after April 1 and before June 1, estimated tax must be filed by June 15; on or after June 1 but before September 1, by September 15; and on or after September 1, by January 15 of the following year. Individuals filing on a fiscal year basis ending after December 31 must file on corresponding dates.

**Make check or money order payable to:**

**"Georgia Department of Revenue"**

**Payment should be mailed to:**
**Processing Center**
**Georgia Department of Revenue**
**PO Box 740319**
**Atlanta, Georgia 30374-0319**

**You may also pay estimated tax with a credit card. Visit our website at dor.georgia.gov for more information.**

**HOW TO COMPLETE FORM 500 ES.**
Complete the name and address field located on the upper right side of coupon. Calculate your estimated tax using the schedule in the tax booklet . Line 15 is your estimated tax for the year. Divide Line 15 by the number of quarters of liability (see "When and Where to File" above) to compute the amount to be submitted quarterly. Enter this amount on Form 500 ES and submit to the Georgia Department of Revenue.

**EXEMPTION AMOUNT**

Dependent Exemption....................................................................$4,000
(After 12/31/23, there are no more personal exemptions for self and spouse if married or self if not married)

**Maximum Retirement Income Exclusion:**

If age 62-64 or less than 62 and permanently disabled...............$35,000

If age 65 or older......................................................................... $65,000

**Maximum Military Retirement Income Exclusion:**

If under the age of 62................................................................ $17,500

If under the age of 62 with earned income of more than $17,500.................................................................... $35,000

**Georgia Public Revenue Code Section 48-2-31 stipulates that taxes shall be paid in lawful money of the United States, free of any expense to the State of Georgia.**

COPY

**PLEASE DO NOT STAPLE. PLEASE REMOVE ALL ATTACHED CHECK STUBS.**

Cut along dotted line

**500 ES** (Rev. 05/12/25)
**Individual and Fiduciary Estimated Tax Payment Voucher**

2650011514

**Individual or Fiduciary Name and Address:**

DHANANI, SAMEER
415 FAIRBURN RD
APT NO 510
ATLANTA GA 30331

Calendar Year **2026**

**or Fiscal Year Ending** ________________ **TYPE OF RETURN:** [X] 09-Individual [ ] 10-Fiduciary

| Taxpayer's SSN or Fiduciary FEIN | Spouse's SSN | Tax Year | Quarter | Due Date | Vendor Code |
|---|---|---|---|---|---|
| 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 | | 26 | 1 | 04/15/2026 | 115 |

**PLEASE DO NOT STAPLE. REMOVE ALL CHECK STUBS.**

**Address Change** [ ]

PROCESSING CENTER
GEORGIA DEPARTMENT OF REVENUE
PO BOX 740319
ATLANTA GA 30374-0319

**Amount Paid $** 638.00

5000080842564240415262610920000000000115000000638003

REV 04/24/26 PRO

Uploaded on: 08/04/2026 at 02:39:05 PM (Eastern Daylight Time) Base City: NY


## INSTRUCTIONS FOR INDIVIDUAL AND FIDUCIARIES ESTIMATED TAX (500ES)

**WHO MUST FILE ESTIMATED TAX.** Each individual or fiduciary subject to Georgia income tax who reasonably expects to have gross income during the year which exceeds (1) applicable exemptions, plus (2) estimated deductions, plus (3) $1,000 of income not subject to withholding.

**EXCEPTION.** Estimated tax is not required if, under an agreement between the employer and the employee, additional tax is withheld to cover income that normally would require estimated tax to be filed.Individ -uals whose gross income from farming or fishing is at least two thirds of the total gross income from all sources may: (a) file as other taxpayers or (b) file their return by March 1 and pay the full amount of tax due by that date. Fiduciaries shall not be required to pay estimated tax with respect to any taxable year ending before the date two years after the date of the decedent's death in the case of:

1. The estate of such decedent; or
2. A testamentary trust as defined in IRC Section 6654(I)(2)(B).

**PURPOSE OF ESTIMATED TAX.** The purpose is to enable taxpayers having income not subject to withholding to currently pay their income tax. Taxpayers are also required to file an annual return claiming credit thereon for amounts paid or credited to their estimated tax.

**PAYMENT OF ESTIMATED TAX.** Payment in full of your estimated tax may be made with the first required installment or in equal installments during this year on or before April 15, June 15, September 15, and the following January 15. Fiscal year filers should adjust the dates accordingly. If the due date falls on a weekend or holiday, the tax shall be due on the next day that is not a weekend or holiday.

**HOW TO ESTIMATE YOUR TAX.** A schedule for computing your estimated tax and the tax rate are listed in the Tax Booklet.

**PENALTIES.** Failure to comply with the provisions of this law relative to underpayment of installments may result in the assessment of additional charges as a penalty. Willful failure to pay estimated tax will constitute a misdemeanor.

**STANDARD DEDUCTION.**

Single, Head of household, or Married filing separately......... $12,000

Married filing jointly ..............................................................$24,000

(After 12/31/23, there are no more additional $1,300 deductions for taxpayers who are age 65 or older or blind.)

**WHEN AND WHERE TO FILE.** Estimated tax required from persons not regarded as farmers or fishermen shall be filed on or before April 15 of the taxable year, except if the above requirements are first met on or after April 1 and before June 1, estimated tax must be filed by June 15; on or after June 1 but before September 1, by September 15; and on or after September 1, by January 15 of the following year. Individuals filing on a fiscal year basis ending after December 31 must file on corresponding dates.

**Make check or money order payable to:**

**"Georgia Department of Revenue"**

**Payment should be mailed to:**
**Processing Center**
**Georgia Department of Revenue**
**PO Box 740319**
**Atlanta, Georgia 30374-0319**

**You may also pay estimated tax with a credit card. Visit our website at dor.georgia.gov for more information.**

**HOW TO COMPLETE FORM 500 ES.**
Complete the name and address field located on the upper right side of coupon. Calculate your estimated tax using the schedule in the tax booklet . Line 15 is your estimated tax for the year. Divide Line 15 by the number of quarters of liability (see "When and Where to File" above) to compute the amount to be submitted quarterly. Enter this amount on Form 500 ES and submit to the Georgia Department of Revenue.

**EXEMPTION AMOUNT**

Dependent Exemption...................................................................$4,000
(After 12/31/23, there are no more personal exemptions for self and spouse if married or self if not married)

**Maximum Retirement Income Exclusion:**

If age 62-64 or less than 62 and permanently disabled...............$35,000

If age 65 or older........................................................................ $65,000

**Maximum Military Retirement Income Exclusion:**

If under the age of 62................................................................ $17,500

If under the age of 62 with earned income of more than $17,500.................................................................... $35,000

**Georgia Public Revenue Code Section 48-2-31 stipulates that taxes shall be paid in lawful money of the United States, free of any expense to the State of Georgia.**

COPY

**PLEASE DO NOT STAPLE. PLEASE REMOVE ALL ATTACHED CHECK STUBS.**

Cut along dotted line

**500 ES** (Rev. 05/12/25)
**Individual and Fiduciary Estimated Tax Payment Voucher**

2650011514

Calendar Year **2026**

**or Fiscal Year Ending**_______________ **TYPE OF RETURN:** [X] 09-Individual [ ] 10-Fiduciary

**Individual or Fiduciary Name and Address:**

DHANANI, SAMEER
415 FAIRBURN RD
APT NO 510
ATLANTA GA 30331

| Taxpayer's SSN or Fiduciary FEIN | Spouse's SSN | Tax Year | Quarter | Due Date | Vendor Code |
|---|---|---|---|---|---|
| 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 | | 26 | 2 | 06/15/2026 | 115 |

**PLEASE DO NOT STAPLE. REMOVE ALL CHECK STUBS.**

**Address Change** [ ]

PROCESSING CENTER
GEORGIA DEPARTMENT OF REVENUE
PO BOX 740319
ATLANTA GA 30374-0319

**Amount Paid $** 638.00

5000080842564240615262620920000000000115000000638000

REV 04/24/26 PRO

## INSTRUCTIONS FOR INDIVIDUAL AND FIDUCIARY ESTIMATED TAX (500 ES)

**WHO MUST FILE ESTIMATED TAX.** Each individual or fiduciary subject to Georgia income tax who reasonably expects to have gross income during the year which exceeds (1) applicable exemptions, plus (2) estimated deductions, plus (3) $1,000 of income not subject to withholding.

**EXCEPTION.** Estimated tax is not required if, under an agreement between the employer and the employee, additional tax is withheld to cover income that normally would require estimated tax to be filed.Individ-uals whose gross income from farming or fishing is at least two thirds of the total gross income from all sources may: (a) file as other taxpayers or (b) file their return by March 1 and pay the full amount of tax due by that date. Fiduciaries shall not be required to pay estimated tax with respect to any taxable year ending before the date two years after the date of the decedent's death in the case of:

1. The estate of such decedent; or
2. A testamentary trust as defined in IRC Section 6654(I)(2)(B).

**PURPOSE OF ESTIMATED TAX.** The purpose is to enable taxpayers having income not subject to withholding to currently pay their income tax. Taxpayers are also required to file an annual return claiming credit thereon for amounts paid or credited to their estimated tax.

**PAYMENT OF ESTIMATED TAX.** Payment in full of your estimated tax may be made with the first required installment or in equal installments during this year on or before April 15, June 15, September 15, and the following January 15. Fiscal year filers should adjust the dates accordingly. If the due date falls on a weekend or holiday, the tax shall be due on the next day that is not a weekend or holiday.

**HOW TO ESTIMATE YOUR TAX.** A schedule for computing your estimated tax and the tax rate are listed in the Tax Booklet.

**PENALTIES.** Failure to comply with the provisions of this law relative to underpayment of installments may result in the assessment of additional charges as a penalty. Willful failure to pay estimated tax will constitute a misdemeanor.

**STANDARD DEDUCTION.**

Single, Head of household, or Married filing separately......... $12,000
Married filing jointly ..............................................................$24,000
(After 12/31/23, there are no more additional $1,300 deductions for taxpayers who are age 65 or older or blind.)

**WHEN AND WHERE TO FILE.** Estimated tax required from persons not regarded as farmers or fishermen shall be filed on or before April 15 of the taxable year, except if the above requirements are first met on or after April 1 and before June 1, estimated tax must be filed by June 15; on or after June 1 but before September 1, by September 15; and on or after September 1, by January 15 of the following year. Individuals filing on a fiscal year basis ending after December 31 must file on corresponding dates.

**Make check or money order payable to:**

**"Georgia Department of Revenue"**

**Payment should be mailed to:**
**Processing Center**
**Georgia Department of Revenue**
**PO Box 740319**
**Atlanta, Georgia 30374-0319**

**You may also pay estimated tax with a credit card. Visit our website at dor.georgia.gov for more information.**

**HOW TO COMPLETE FORM 500 ES.**
Complete the name and address field located on the upper right side of coupon. Calculate your estimated tax using the schedule in the tax booklet . Line 15 is your estimated tax for the year. Divide Line 15 by the number of quarters of liability (see "When and Where to File" above) to compute the amount to be submitted quarterly. Enter this amount on Form 500 ES and submit to the Georgia Department of Revenue.

**EXEMPTION AMOUNT**

Dependent Exemption....................................................................$4,000
(After 12/31/23, there are no more personal exemptions for self and spouse if married or self if not married)

**Maximum Retirement Income Exclusion:**

If age 62-64 or less than 62 and permanently disabled..............$35,000
If age 65 or older.......................................................................... $65,000

**Maximum Military Retirement Income Exclusion:**

If under the age of 62................................................................ $17,500
If under the age of 62 with earned income of more than $17,500................................................................... $35,000

**Georgia Public Revenue Code Section 48-2-31 stipulates that taxes shall be paid in lawful money of the United States, free of any expense to the State of Georgia.**

COPY

**PLEASE DO NOT STAPLE. PLEASE REMOVE ALL ATTACHED CHECK STUBS.**

Cut along dotted line

**500 ES** (Rev. 05/12/25)
**Individual and Fiduciary Estimated Tax Payment Voucher**

2650011514

Calendar Year **2026**

**or Fiscal Year Ending** ________________ **TYPE OF RETURN:** ☒ 09-Individual ☐ 10-Fiduciary

**Individual or Fiduciary Name and Address:**

DHANANI, SAMEER
415 FAIRBURN RD
APT NO 510
ATLANTA GA 30331

| Taxpayer's SSN or Fiduciary FEIN | Spouse's SSN | Tax Year | Quarter | Due Date | Vendor Code |
|---|---|---|---|---|---|
| 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 | | 26 | 3 | 09/15/2026 | 115 |

**PLEASE DO NOT STAPLE. REMOVE ALL CHECK STUBS.**

**Address Change** ☐

PROCESSING CENTER
GEORGIA DEPARTMENT OF REVENUE
PO BOX 740319
ATLANTA GA 30374-0319

**Amount Paid $** 638.00

50000808425642409152626309200000000011500000638005

REV 04/24/26 PRO

## INSTRUCTIONS FOR INDIVIDUAL AND FIDUCIARY ESTIMATED TAX (500 ES)

**WHO MUST FILE ESTIMATED TAX.** Each individual or fiduciary subject to Georgia income tax who reasonably expects to have gross income during the year which exceeds (1) applicable exemptions, plus (2) estimated deductions, plus (3) $1,000 of income not subject to withholding.

**EXCEPTION.** Estimated tax is not required if, under an agreement between the employer and the employee, additional tax is withheld to cover income that normally would require estimated tax to be filed.Individ-uals whose gross income from farming or fishing is at least two thirds of the total gross income from all sources may: (a) file as other taxpayers or (b) file their return by March 1 and pay the full amount of tax due by that date. Fiduciaries shall not be required to pay estimated tax with respect to any taxable year ending before the date two years after the date of the decedent's death in the case of:

1. The estate of such decedent; or
2. A testamentary trust as defined in IRC Section 6654(I)(2)(B).

**PURPOSE OF ESTIMATED TAX.** The purpose is to enable taxpayers having income not subject to withholding to currently pay their income tax. Taxpayers are also required to file an annual return claiming credit thereon for amounts paid or credited to their estimated tax.

**PAYMENT OF ESTIMATED TAX.** Payment in full of your estimated tax may be made with the first required installment or in equal installments during this year on or before April 15, June 15, September 15, and the following January 15. Fiscal year filers should adjust the dates accordingly. If the due date falls on a weekend or holiday, the tax shall be due on the next day that is not a weekend or holiday.

**HOW TO ESTIMATE YOUR TAX.** A schedule for computing your estimated tax and the tax rate are listed in the Tax Booklet.

**PENALTIES.** Failure to comply with the provisions of this law relative to underpayment of installments may result in the assessment of additional charges as a penalty. Willful failure to pay estimated tax will constitute a misdemeanor.

**STANDARD DEDUCTION.**

Single, Head of household, or Married filing separately......... $12,000
Married filing jointly ..............................................................$24,000
(After 12/31/23, there are no more additional $1,300 deductions for taxpayers who are age 65 or older or blind.)

**WHEN AND WHERE TO FILE.** Estimated tax required from persons not regarded as farmers or fishermen shall be filed on or before April 15 of the taxable year, except if the above requirements are first met on or after April 1 and before June 1, estimated tax must be filed by June 15; on or after June 1 but before September 1, by September 15; and on or after September 1, by January 15 of the following year. Individuals filing on a fiscal year basis ending after December 31 must file on corresponding dates.

**Make check or money order payable to:**

**"Georgia Department of Revenue"**

**Payment should be mailed to:**
**Processing Center**
**Georgia Department of Revenue**
**PO Box 740319**
**Atlanta, Georgia 30374-0319**

**You may also pay estimated tax with a credit card. Visit our website at dor.georgia.gov for more information.**

**HOW TO COMPLETE FORM 500 ES.**
Complete the name and address field located on the upper right side of coupon. Calculate your estimated tax using the schedule in the tax booklet . Line 15 is your estimated tax for the year. Divide Line 15 by the number of quarters of liability (see "When and Where to File" above) to compute the amount to be submitted quarterly. Enter this amount on Form 500 ES and submit to the Georgia Department of Revenue.

**EXEMPTION AMOUNT**

Dependent Exemption...................................................................$4,000
(After 12/31/23, there are no more personal exemptions for self and spouse if married or self if not married)

**Maximum Retirement Income Exclusion:**

If age 62-64 or less than 62 and permanently disabled...............$35,000
If age 65 or older......................................................................... $65,000

**Maximum Military Retirement Income Exclusion:**

If under the age of 62................................................................ $17,500
If under the age of 62 with earned income of more than $17,500................................................................... $35,000

**Georgia Public Revenue Code Section 48-2-31 stipulates that taxes shall be paid in lawful money of the United States, free of any expense to the State of Georgia.**

**PLEASE DO NOT STAPLE. PLEASE REMOVE ALL ATTACHED CHECK STUBS.**

Cut along dotted line

**500 ES** (Rev. 05/12/25)
**Individual and Fiduciary Estimated Tax Payment Voucher**

2650011514

Calendar Year **2026**

**or Fiscal Year Ending** ________________ **TYPE OF RETURN:** [X] 09-Individual [ ] 10-Fiduciary

**Individual or Fiduciary Name and Address:**

DHANANI, SAMEER
415 FAIRBURN RD
APT NO 510
ATLANTA GA 30331

| Taxpayer's SSN or Fiduciary FEIN | Spouse's SSN | Tax Year | Quarter | Due Date | Vendor Code |
|---|---|---|---|---|---|
| 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 | | 26 | 4 | 01/15/2027 | 115 |

**PLEASE DO NOT STAPLE. REMOVE ALL CHECK STUBS.**

**Address Change** [ ]

PROCESSING CENTER
GEORGIA DEPARTMENT OF REVENUE
PO BOX 740319
ATLANTA GA 30374-0319

**Amount Paid $** 638.00

EOIR 46 of 65

5000080842564240115272640920000000000115000006380000

REV 04/24/26 PRO

Exh. 1 - Adm.

# Dos and Don'ts Checklist for the Individual/Fiduciary (525-TV) Payment Voucher

Payments can be made electronically on the Georgia Tax Center (GTC) gtc.dor.ga.gov .

**Do:**

- Use a payment voucher with a valid scanline.
- Only complete this voucher if you owe taxes.
- Complete the voucher in its entirety.
- Write your SSN or FEIN on your check or money order.
- Make your check or money order payable to: Georgia Department of Revenue
- Remember if the due date falls on a weekend or holiday, the tax shall be due on the next day that is not a weekend or holiday.
- Mail your voucher and payment to the address listed below if your return was filed electronically.

**Processing Center**
**Georgia Department of Revenue**
**PO Box 740323**
**Atlanta, Georgia 30374-0323**

- Mail your return, payment voucher and payment to the address that appears on the return if filing a paper return.

**Do not:**

- Mail this entire page.
- Staple your payment and voucher together.
- Print on both sides of the paper.
- Handwrite any information.

Georgia Public Revenue Code Section 48-2-31 stipulates that taxes shall be paid in lawful money of the United States, free of any expense to the State of Georgia.

COPY

— — — Cut along dotted line — — —

**525-TV** **(Rev. 05/19/25)**
**Individual and Fiduciary Payment Voucher**
**2025**

2652511515

**Individual or Fiduciary Name and Address:**
SAMEER DHANANI
415 FAIRBURN RD
APT NO 510
ATLANTA GA 30331

☐ Amended Return ☐ Paper Return ☒ Electronically Filed **TYPE OF RETURN:** ☒ 09-Individual ☐ 10-Fiduciary

| Taxpayer's SSN or Fiduciary FEIN | Spouse's SSN (if joint or combined return) | Tax Year | Daytime Telephone Number | Vendor Code |
|---|---|---|---|---|
| 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 | | 2025 | | 115 |

**PLEASE DO NOT STAPLE. REMOVE ALL CHECK STUBS.**

EOIR 47 of 65

PROCESSING CENTER
GEORGIA DEPARTMENT OF REVENUE
PO BOX 740323
ATLANTA GA 30374-0323

**Amount Paid** $ 2658.00

525008084256424250921200000000000000011500002658003

REV 04/24/26 PRO

2600411517

**Georgia Form 500 (Rev. 07/09/25)**
**Individual Income Tax Return**
Georgia Department of Revenue
**2025** (Approved software version)

## Page 1

Fiscal Year Beginning 01/01/2025
STATE ISSUED GA

Fiscal Year Ending 12/31/2025
YOUR DRIVER'S LICENSE/STATE ID 062198793

YOUR FIRST NAME | MI | YOUR SOCIAL SECURITY NUMBER
1. SAMEER 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 (Check box if deceased)

LAST NAME (For Name Change See IT-511 Tax Booklet) | SUFFIX | Your Date of Birth
DHANANI 04/23/1987

SPOUSE'S FIRST NAME | MI | SPOUSE'S SOCIAL SECURITY NUMBER
(Check box if deceased)

LAST NAME | SUFFIX | Spouse's Date of Birth

ADDRESS (NUMBER AND STREET or P.O. BOX) (Use 2nd address line for Apt, Suite or Building Number) CHECK IF ADDRESS HAS CHANGED
2. 415 FAIRBURN RD
APT NO 510

CITY (Please insert a space if the city has multiple names) | STATE | ZIP CODE
3. ATLANTA GA 30331

(COUNTRY IF FOREIGN)

Residency Status
4. Enter your Residency Status with the appropriate number .......... 4. 1

1. FULL- YEAR RESIDENT 2. PART- YEAR RESIDENT TO 3. NONRESIDENT

**Omit Lines 9 thru 14 and use Form 500 Schedule 3 if you are a part-year or nonresident filer.**

Filing Status
5. Enter Filing Status with appropriate letter (See IT-511 Tax Booklet).......... 5. A
A. Single
B. Married filing jointly
C. Married filing separately (Spouse's social security number must be entered above)
D. Head of household or Qualifying surviving spouse

6. Reserved .......... 6.

7a. Number of Qualified Dependents* 7b. Number of Unborn Dependents 7c. Total Number of Dependents

*Enter details on Line 7d., and DO NOT include yourself, spouse and/or your unborn dependents. See IT-511 Tax Booklet.

**All Pages (1-5) are required for processing**

REV 04/24/26 PRO

COPY

**Georgia Form 500**
**Individual Income Tax Return**
Georgia Department of Revenue
**2025**
**Page 2**

2600411527

**YOUR SOCIAL SECURITY NUMBER**
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

7d. **Qualified Dependents. If you have more than 4 dependents, attach a list of additional dependents).**

| First Name, MI. | Last Name |
|---|---|
| Social Security Number | Relationship to You |
| First Name, MI. | Last Name |
| Social Security Number | Relationship to You |
| First Name, MI. | Last Name |
| Social Security Number | Relationship to You |
| First Name, MI. | Last Name |
| Social Security Number | Relationship to You |

**INCOME COMPUTATIONS**

**If amount on line 8, 9, 10, 13 or 15 is negative, use the minus sign (-). Example -3456.**

8. Federal adjusted gross income (From Federal Form 1040).................................... 8. 61168
**(Do not use FEDERAL TAXABLE INCOME) If the amount on Line 8 is $40,000 or more, or your gross income is less than your W-2s you must include a copy of your Federal Form 1040 Pages 1, 2, and Schedule 1.**

9. Adjustments from Form 500 Schedule 1 (See IT-511 Tax Booklet) ....................... 9.

10. Georgia adjusted gross income (Net total of Line 8 and Line 9)............................ 10. 61168

11. Standard Deduction (Do not use FEDERAL STANDARD DEDUCTION)................ 11. 12000
**(See IT-511 Tax Booklet)**

**Enter $12,000 if the filing status from Line 5 is A, C, or D. If the filing status is B, enter $24,000.**

**Use EITHER Line 11 OR Line 12c. (Do not write on both lines).**

12. Total Itemized Deductions used in computing Federal Taxable Income. If you use itemized deductions, **you must include Federal Schedule A.**

a. Federal Itemized Deductions (Schedule A- Form 1040).................................. 12a.

b. Less adjustments: (See IT-511 Tax Booklet).................................................... 12b.

c. Georgia Total Itemized Deductions..................................................................... 12c.

13. Subtract either Line 11 or Line 12c from Line 10; enter balance........................... 13. 49168

COPY



**All Pages (1-5) are required for processing**

REV 04/24/26 PRO

2600411537

**Georgia Form 500**
**Individual Income Tax Return**
Georgia Department of Revenue
**2025**

**Page 3**

**YOUR SOCIAL SECURITY NUMBER**
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

| Line | Description | Line | Amount |
|---|---|---|---|
| 14. | Enter the number from Line 7c. Multiply by $4,000 | 14. | |
| 15a. | Income before GA NOL (Line 13 less Line 14 or Schedule 3, Line 14) | 15a. | 49168 |
| 15b. | Georgia NOL utilized (Cannot exceed Line 15a or the amount after applying the 80% limitation, see IT-511 Tax Booklet for more information) | 15b. | |
| 15c. | Georgia Taxable Income (Subtract Line 15b from Line 15a) | 15c. | 49168 |
| 16. | Tax (Multiply Line 15c by 5.19%. Round to the nearest dollar) | 16. | 2552 |
| 17. | Low Income Credit 17a. 17b. | 17c. | |
| 18. | Other State(s) Tax Credit (Include a copy of the other state(s) return) | 18. | |
| 19. | Georgia Eligible Itemizer Tax Credit **(See IT-511 Tax Booklet)** | 19. | |
| 20. | Credits used from IND-CR Summary Worksheet | 20. | |
| 21. | **Total Credits Used from Schedule 2 Georgia Tax Credits (must be filed electronically)** | 21. | |
| 22. | Total Credits Used (sum of Lines 17-21) cannot exceed Line 16 | 22. | 0 |
| 23. | Balance (Subtract Line 22 from Line 16) if zero or less than zero, enter zero | 23. | 2552 |

COPY

**INCOME STATEMENT DETAILS** Only enter income on which Georgia tax was withheld. Enter income from W-2s, 1099s, and G2-As on Line 4 GA Wages/Income. For other income statements complete Line 4 using the income reported from **Form G2-RP Line 12** or **13**; **Form G2-LP Line 11**, or for **Form G2-FL enter zero**.

| (INCOME STATEMENT A) | (INCOME STATEMENT B) | (INCOME STATEMENT C) |
|---|---|---|
| 1. WITHHOLDING TYPE: W-2 G2-A G2-LP 1099 G2-FL G2-RP | 1. WITHHOLDING TYPE: W-2 G2-A G2-LP 1099 G2-FL G2-RP | 1. WITHHOLDING TYPE: W-2 G2-A G2-LP 1099 G2-FL G2-RP |
| 2. EMPLOYER/PAYER FEDERAL ID NUMBER (FEIN) SSN | 2. EMPLOYER/PAYER FEDERAL ID NUMBER (FEIN) SSN | 2. EMPLOYER/PAYER FEDERAL ID NUMBER (FEIN) SSN |
| 3. EMPLOYER/PAYER STATE WITHHOLDING ID | 3. EMPLOYER/PAYER STATE WITHHOLDING ID | 3. EMPLOYER/PAYER STATE WITHHOLDING ID |
| 4. GA WAGES / INCOME | 4. GA WAGES / INCOME | 4. GA WAGES / INCOME |
| 5. GA TAX WITHHELD | 5. GA TAX WITHHELD | 5. GA TAX WITHHELD |

**PLEASE COMPLETE INCOME STATEMENT DETAILS ON PAGE 4.**

**All Pages (1-5) are required for processing**

**Georgia Form 500**
**Individual Income Tax Return**
Georgia Department of Revenue
**2025**

2600411547

**YOUR SOCIAL SECURITY NUMBER**
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

## Page 4

| (INCOME STATEMENT D) | (INCOME STATEMENT E) | (INCOME STATEMENT F) |
|---|---|---|
| 1. WITHHOLDING TYPE: W-2 G2-A G2-LP 1099 G2-FL G2-RP | 1. WITHHOLDING TYPE: W-2 G2-A G2-LP 1099 G2-FL G2-RP | 1. WITHHOLDING TYPE: W-2 G2-A G2-LP 1099 G2-FL G2-RP |
| 2. EMPLOYER/PAYER FEDERAL ID NUMBER (FEIN) SSN | 2. EMPLOYER/PAYER FEDERAL ID NUMBER (FEIN) SSN | 2. EMPLOYER/PAYER FEDERAL ID NUMBER (FEIN) SSN |
| 3. EMPLOYER/PAYER STATE WITHHOLDING ID | 3. EMPLOYER/PAYER STATE WITHHOLDING ID | 3. EMPLOYER/PAYER STATE WITHHOLDING ID |
| 4. GA WAGES / INCOME | 4. GA WAGES / INCOME | 4. GA WAGES / INCOME |
| 5. GA TAX WITHHELD | 5. GA TAX WITHHELD | 5. GA TAX WITHHELD |

| Line | Description | Line | Amount |
|---|---|---|---|
| 24. | **Georgia Income Tax Withheld on Wages and 1099s** ............ (Enter Tax Withheld Only and include W-2s and/or 1099s) | 24. | 0 |
| 25. | **Other Georgia Income Tax Withheld**............ (Must include G2-A, G2-FL, G2-LP and/or G2-RP) | 25. | |
| 26. | Estimated Tax paid for 2025 and Form IT-560 ............ | 26. | |
| 27. | Schedule 2B Refundable Tax Credits............ (Cannot be claimed unless filed electronically) | 27. | |
| 28. | Total prepayment credits (Add Lines 24, 25, 26 and 27)............ | 28. | 0 |
| 29. | If Line 23 exceeds Line 28, subtract Line 28 from Line 23 and enter balance due............ | 29. | 2552 |
| 30. | If Line 28 exceeds Line 23, subtract Line 23 from Line 28 and enter overpayment ............ | 30. | |
| 31. | **Amount to be credited to 2026 ESTIMATED TAX** ............ | 31. | |
| 32. | Georgia Wildlife Conservation Fund **(No gift of less than $1.00)**............ | 32. | |
| 33. | Georgia Fund for Children and Elderly **(No gift of less than $1.00)**............ | 33. | |
| 34. | Georgia Cancer Research Fund **(No gift of less than $1.00)** ............ | 34. | |
| 35. | Georgia Land Conservation Program **(No gift of less than $1.00)**............ | 35. | |
| 36. | Georgia National Guard Foundation **(No gift of less than $1.00)** ............ | 36. | |
| 37. | Dog & Cat Sterilization Fund **(No gift of less than $1.00)**............ | 37. | |
| 38. | Saving the Cure Fund **(No gift of less than $1.00)**............ | 38. | |
| 39. | Realizing Educational Achievement Can Happen (REACH) Program ............ **(No gift of less than $1.00)** | 39. | |

COPY

**All Pages (1-5) are required for processing**

**Georgia Form 500**
**Individual Income Tax Return**
Georgia Department of Revenue
**2025 Page 5**

2600411557

**YOUR SOCIAL SECURITY NUMBER**
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

40. Public Safety Memorial Grant **(No gift of less than $1.00)** ............................ 40.

41. Disabled Veterans' Scholarship Fund **(No gift of less than $1.00)** ................. 41.

42. Form 500 UET **(Estimated tax penalty)** 500 UET exception attached..... 42. 106

43. Penalty: Late Payment and/or Late Filing ........................................................ 43.

44. Interest ............................................................................................................ 44.

45. **(If you owe)** Add Lines 29, 32 through 44......................................................... 45. 2658
**MAKE CHECK PAYABLE TO GEORGIA DEPARTMENT OF REVENUE,**
**Mail to: GEORGIA DEPARTMENT OF REVENUE PROCESSING CENTER,**
**PO BOX 740399 ATLANTA, GA 30374-0399**

46. **(If you are due a refund)** Subtract the sum of Lines 31 thru 44 from Line 30
**THIS IS YOUR REFUND**...................................................................................... 46.
**Refund Due Mail To: GEORGIA DEPARTMENT OF REVENUE PROCESSING CENTER,**
**PO BOX 740392 ATLANTA, GA 30374-0392**

**If you do not enter Direct Deposit information or if you are a first time filer you will be issued a paper check.**

46a. **Direct Deposit (U.S. Accounts Only)** Type: Checking Savings

Routing Number

Account Number

COPY

**Mail pages 1-5 and any applicable schedules, forms, documentation. DO NOT staple pages.**

I/We declare under the penalties of perjury that I/we have examined this return (including accompanying schedules and statements) and to the best of my/our knowledge and belief, it is true, correct, and complete. If prepared by a person other than the taxpayer(s), this declaration is based on all information of which the preparer has knowledge.

Taxpayer's Signature

Spouse's Signature

Taxpayer's Date of Death

Spouse's Date of Death

Taxpayer's Signature Date

Taxpayer's Phone Number

Spouse's Signature Date

By providing my e-mail address I am authorizing the Georgia Department of Revenue to electronically notify me at the below e-mail address regarding any updates to my account(s).

Taxpayer's E-mail Address

I authorize DOR to discuss this return with the named preparer.

MURAD ALI BUDHWANI
Signature of Preparer

Preparer's Phone Number
205-835-7865

Name of Preparer Other Than Taxpayer
MURAD ALI BUDHWANI

Preparer's FEIN
20-4906411

Preparer's Firm Name
MAN ACCOUNTING SERVICES I

Preparer's SSN/PTIN/SIDN
P00959114

EOIR 52 of 65

REV 04/24/26 PRO

**All Pages (1-5) are required for processing**

# 500 UET (Rev. 07/15/25)

**Underpayment of Estimated Tax by Individuals/Fiduciary**

Georgia Department of Revenue
Taxpayer Services Division

2620511518

**Page 1**

☐ Meets Exception 4 for an estate of a decedent or a testamentary trust

**For tax years 2025 and later**

(Attach this form to Form 500 or 501)

## HOW TO FIGURE YOUR UNDERPAYMENT
**(Complete Lines 1 through 6)**

| YOUR FIRST NAME | SOCIAL SECURITY OR I.D. NUMBER |
|---|---|
| SAMEER | 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 |
| LAST NAME | |
| DHANANI | |

| | | |
|---|---|---|
| 1. Tax (from Form 500 Line 16 or Form 501 Line 8) | 1. | 2552 |
| 2. Credits Used (from Form 500 Line 22 and Line 27 or Form 501 Line 9c and Line 11c) | 2. | 0 |
| 3. Balance Due (Line 1 less Line 2) | 3. | 2552 |
| 4. Enter 100% of the Immediately Preceding Year's Tax (return must be for a 12-month period) | 4. | 3471 |
| 5. Enter 70% of the Amount Shown on Line 3 | 5. | 1786 |

| | | DUE DATE OF INSTALLMENTS | | | |
|---|---|---|---|---|---|
| 6. Divide amount on Line 4 by the number of installments required for the year (See Instruction B), enter the results in appropriate columns | 6. | 867 | 868 | 868 | 868 |
| 7. Divide amount on Line 5 by the number of installments required for the year (See Instruction B), enter the results in the appropriate column | 7. | 446 | 446 | 447 | 447 |
| 8. Enter the lesser of Line 6 or Line 7 for each period in the appropriate column | 8. | 446 | 446 | 447 | 447 |
| 9. Amounts paid on estimate for each period and tax withheld (withheld treated equally paid for each quarter) | 9. | 0 | 0 | 0 | 0 |
| 10. Overpayment of previous installment (See Instruction E) | 10. | | | | |
| 11. Total of Line 9 and Line 10 | 11. | 0 | 0 | 0 | 0 |
| 12. Underpayment (Line 8 less Line 11) or Overpayment (Line 11 less Line 8) | 12. | 446 | 446 | 447 | 447 |

## EXCEPTIONS WHICH AVOID THE PENALTY (See Instruction D)
**(Farmers and fishermen see Instruction G for special exception)**

| | | | | | |
|---|---|---|---|---|---|
| 13. Total amount paid and withheld from Jan. 1, through the installment date indicated (withheld treated equally paid for each quarter) | 13. | 0 | 0 | 0 | 0 |
| 14. Exception 1. —Tax on prior years income using current year rates and exemptions | 14. | | | | |
| 15. Exception 2. —Tax on annualized current year income | 15. | | | | Not |
| 16. Exception 3. —Tax on current year's income over 3, 5, 8, month periods | 16. | | | | Applicable |

## HOW TO FIGURE THE PENALTY
**(Complete Lines 17 through 21 for installments not avoided by an exception)**

| | | | | | |
|---|---|---|---|---|---|
| 17. Amount of underpayment (from Line 12) | 17. | 446 | 446 | 447 | 447 |
| 18. Date of payment or April 15, 20 26 whichever is earlier (See Instruction F) | 18. | 04/15/2026 | 04/15/2026 | 04/15/2026 | 04/15/2026 |
| 19. Number of days from due date of installment to date shown on Line 18 | 19. | 365 | 304 | 212 | 90 |
| 20. Penalty (9 percent a year on amount shown on Line 17 for the number of days shown on Line 19) | 20. | 40 | 33 | 23 | 10 |
| 21. Penalty (Add amounts on Line 20) show this amount in the space provided on Form 500 / 501 | 21. | | | | 106 |

COPY



IF YOUR PASSPORT EXPIRES WITHIN SIX MONTHS OF YOUR DATE OF DEPARTURE, YOU MAY BE DENIED ENTRY INTO SOME COUNTRIES.

*Endorsements / Mentions Spéciales / Anotaciones*

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT / PASAPORTE

THE UNITED STATES OF AMERICA

Type/Type/Tipo: P
Code/Code/Código: USA
Passport No./No. du Passeport/No. de Pasaporte: A65481592

Surname/Nom/Apellidos
BHIMANI

Given names/Prénoms/Nombres
EZRAN KAMIL

Nationality/Nationalité/Nacionalidad
UNITED STATES OF AMERICA

Date of birth/Date de naissance/Fecha de nacimiento
05 JUL 2020

Sex/Sexe/Sexo
M

Place of birth/Lieu de naissance/Lugar de nacimiento
GEORGIA, U.S.A.

Date of issue/Date de délivrance/Fecha de expedición
26 SEP 2025

Date of expiration/Date d'expiration/Fecha de caducidad
25 SEP 2030

Authority/Autorité/Autoridad
UNITED STATES DEPARTMENT OF STATE

USA
A65481592
05 07 20

P<USABHIMANI<<EZRAN<KAMIL<<<<<<<<<<<<<<<<<<<<

A654815920USA2007058M3009255742651926<973988

Scanned with CamScanner

# AFFIDAVIT OF GOOD MORAL CHARACTER

I, Siraj Lalani, declare under penalty of perjury under the laws of the United States that the following statements are true and correct:

I am an adult resident of the State of Georgia residing at 1047 pearl Mist Dr Lilburn. I have personally known Mr. Kamil Bhimani for approximately 1.6 m years. Throughout this time, I have had numerous opportunities to observe his character, conduct, and dedication to his family and our community.

In my experience Kamil is an honest, respectful, and dependable individual who always treats others with kindness and dignity. He has earned the respect of those who know him because of his humility, integrity, and willingness to help others without expecting anything in return.

Kamil is a devoted husband and father who places his family above everything else. He has always worked hard to provide for his loved ones and to ensure their well-being. His absence has caused great hardship for his family, who depend upon his guidance, care, and emotional support.

As a member of our community, Kamil has consistently demonstrated strong moral values and respect for the law. He regularly participates in religious and community activities and has always conducted himself in a peaceful and responsible manner. I have never known him to engage in violent behavior or to pose a threat to anyone.

Based on my personal knowledge of Kamil , I have complete confidence that, if released, he will obey every condition imposed by the Immigration Court. He is a responsible person who understands the importance of complying with legal requirements, attending all court hearings, and resolving his immigration matter through the proper legal process.

I respectfully ask the Immigration Judge to consider Mr. Kamil Bhimani's excellent moral character, his strong family and community ties, and his history of being a peaceful and law-abiding individual when deciding his request for release on bond.

I make this affidavit voluntarily. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted

Name : Siraj Lalani ,Drivers License : [illegible] 054082532

Signature [signature]

Telephone: 404.932.1411

Date: 07/26/2026

# AFFIDAVIT OF GOOD MORAL CHARACTER

I, Amin Punjani, declare under penalty of perjury under the laws of the United States that the following statements are true and correct:

I am an adult resident of the State of Georgia residing at 3009 Brook oak trace Snellville. I have personally known Mr. Kamil Bhimani for approximately 3 years. Throughout this time, I have had numerous opportunities to observe his character, conduct, and dedication to his family and our community.

In my experience Kamil is an honest, respectful, and dependable individual who always treats others with kindness and dignity. He has earned the respect of those who know him because of his humility, integrity, and willingness to help others without expecting anything in return.

Kamil is a devoted husband and father who places his family above everything else. He has always worked hard to provide for his loved ones and to ensure their well-being. His absence has caused great hardship for his family, who depend upon his guidance, care, and emotional support.

As a member of our community, Kamil has consistently demonstrated strong moral values and respect for the law. He regularly participates in religious and community activities and has always conducted himself in a peaceful and responsible manner. I have never known him to engage in violent behavior or to pose a threat to anyone.

Based on my personal knowledge of Kamil , I have complete confidence that, if released, he will obey every condition imposed by the Immigration Court. He is a responsible person who understands the importance of complying with legal requirements, attending all court hearings, and resolving his immigration matter through the proper legal process.

I respectfully ask the Immigration Judge to consider Mr. Kamil Bhimani's excellent moral character, his strong family and community ties, and his history of being a peaceful and law-abiding individual when deciding his request for release on bond.

I make this affidavit voluntarily. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted

Name : Amin Punjani ,Drivers License : 050893822

Signature [signature]

Telephone: 770 315 4621

Date: 7/26/26

# AFFIDAVIT OF GOOD MORAL CHARACTER

I, ARIF KESHVANI, declare under penalty of perjury under the laws of the United States that the following statements are true and correct:

I am an adult resident of the State of GA. residing at 1737 longmont Dr. Lawrenceville GA 30044. I have personally known Mr. Kamil Bhimani for approximately 2 years. Throughout this time, I have had numerous opportunities to observe his character, conduct, and dedication to his family and our community.

In my experience Kamil is an honest, respectful, and dependable individual who always treats others with kindness and dignity. He has earned the respect of those who know him because of his humility, integrity, and willingness to help others without expecting anything in return.

Kamil is a devoted husband and father who places his family above everything else. He has always worked hard to provide for his loved ones and to ensure their well-being. His absence has caused great hardship for his family, who depend upon his guidance, care, and emotional support.

As a member of our community, Kamil has consistently demonstrated strong moral values and respect for the law. He regularly participates in religious and community activities and has always conducted himself in a peaceful and responsible manner. I have never known him to engage in violent behavior or to pose a threat to anyone.

Based on my personal knowledge of Kamil , I have complete confidence that, if released, he will obey every condition imposed by the Immigration Court. He is a responsible person who understands the importance of complying with legal requirements, attending all court hearings, and resolving his immigration matter through the proper legal process.

I respectfully ask the Immigration Judge to consider Mr. Kamil Bhimani's excellent moral character, his strong family and community ties, and his history of being a peaceful and law-abiding individual when deciding his request for release on bond.

I make this affidavit voluntarily. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted

Name : ARIF KESHVANI ,Drivers License : 050733955

Signature [signature]

Telephone: 678 283 8400

Date: 07/26/26

# AFFIDAVIT OF GOOD MORAL CHARACTER

I, Salim Sorfani, declare under penalty of perjury under the laws of the United States that the following statements are true and correct:

I am an adult resident of the State of GA residing at 73 Lankford Rd Tucker GA 30084. I have personally known Mr. Kamil Bhimani for approximately 1 years. Throughout this time, I have had numerous opportunities to observe his character, conduct, and dedication to his family and our community.

In my experience Kamil is an honest, respectful, and dependable individual who always treats others with kindness and dignity. He has earned the respect of those who know him because of his humility, integrity, and willingness to help others without expecting anything in return.

Kamil is a devoted husband and father who places his family above everything else. He has always worked hard to provide for his loved ones and to ensure their well-being. His absence has caused great hardship for his family, who depend upon his guidance, care, and emotional support.

As a member of our community, Kamil has consistently demonstrated strong moral values and respect for the law. He regularly participates in religious and community activities and has always conducted himself in a peaceful and responsible manner. I have never known him to engage in violent behavior or to pose a threat to anyone.

Based on my personal knowledge of Kamil , I have complete confidence that, if released, he will obey every condition imposed by the Immigration Court. He is a responsible person who understands the importance of complying with legal requirements, attending all court hearings, and resolving his immigration matter through the proper legal process.

I respectfully ask the Immigration Judge to consider Mr. Kamil Bhimani's excellent moral character, his strong family and community ties, and his history of being a peaceful and law-abiding individual when deciding his request for release on bond.

I make this affidavit voluntarily. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted

Name : Salim Sorfani ,Drivers License : 060202843

Signature [signature]

Telephone: 404 734 8114

Date: 2/26/26

Uploaded on: 08/04/2026 at 03:30:35 PM (Eastern Daylight Time) Base City: NYV

# AFFIDAVIT OF GOOD MORAL CHARACTER

I, JALLALUDDIN DHOLAKIA, declare under penalty of perjury under the laws of the United States that the following statements are true and correct:

I am an adult resident of the State of GEORGIA residing at 2733 BONER HALL PATH, DULTH, GA. 30097. I have personally known Mr. Kamil Bhimani for approximately 2 1/2 years. Throughout this time, I have had numerous opportunities to observe his character, conduct, and dedication to his family and our community.

In my experience Kamil is an honest, respectful, and dependable individual who always treats others with kindness and dignity. He has earned the respect of those who know him because of his humility, integrity, and willingness to help others without expecting anything in return.

Kamil is a devoted husband and father who places his family above everything else. He has always worked hard to provide for his loved ones and to ensure their well-being. His absence has caused great hardship for his family, who depend upon his guidance, care, and emotional support.

As a member of our community, Kamil has consistently demonstrated strong moral values and respect for the law. He regularly participates in religious and community activities and has always conducted himself in a peaceful and responsible manner. I have never known him to engage in violent behavior or to pose a threat to anyone.

Based on my personal knowledge of Kamil , I have complete confidence that, if released, he will obey every condition imposed by the Immigration Court. He is a responsible person who understands the importance of complying with legal requirements, attending all court hearings, and resolving his immigration matter through the proper legal process.

I respectfully ask the Immigration Judge to consider Mr. Kamil Bhimani's excellent moral character, his strong family and community ties, and his history of being a peaceful and law-abiding individual when deciding his request for release on bond.

I make this affidavit voluntarily. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted

Name : JALLALUDDIN DHOLAKIA ,Drivers License : 054007961

Signature [signature]

Telephone: 678 570-7861

Date: 07/25/2026

# AFFIDAVIT OF GOOD MORAL CHARACTER

I, Suleman Lalani, declare under penalty of perjury under the laws of the United States that the following statements are true and correct:

I am an adult resident of the State of Georgia residing at 3915 Enclave Way, Tucker, GA 30084. I have personally known Mr. Kamil Bhimani for approximately 1 years. Throughout this time, I have had numerous opportunities to observe his character, conduct, and dedication to his family and our community.

In my experience Kamil is an honest, respectful, and dependable individual who always treats others with kindness and dignity. He has earned the respect of those who know him because of his humility, integrity, and willingness to help others without expecting anything in return.

Kamil is a devoted husband and father who places his family above everything else. He has always worked hard to provide for his loved ones and to ensure their well-being. His absence has caused great hardship for his family, who depend upon his guidance, care, and emotional support.

As a member of our community, Kamil has consistently demonstrated strong moral values and respect for the law. He regularly participates in religious and community activities and has always conducted himself in a peaceful and responsible manner. I have never known him to engage in violent behavior or to pose a threat to anyone.

Based on my personal knowledge of Kamil , I have complete confidence that, if released, he will obey every condition imposed by the Immigration Court. He is a responsible person who understands the importance of complying with legal requirements, attending all court hearings, and resolving his immigration matter through the proper legal process.

I respectfully ask the Immigration Judge to consider Mr. Kamil Bhimani's excellent moral character, his strong family and community ties, and his history of being a peaceful and law-abiding individual when deciding his request for release on bond.

I make this affidavit voluntarily. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted

Name: Suleman lalani ,Drivers License: 051762893

Signature [signature]

Telephone: 404 964 9911

Date: 7/21/26

# AFFIDAVIT OF GOOD MORAL CHARACTER

I, Jaspreet Singh, declare under penalty of perjury under the laws of the United States that the following statements are true and correct:

I am an adult resident of the State of Georgia residing at 3973 River Village Ct, Duluth GA 30097. I have personally known Mr. Kamil Bhimani for approximately 2 years. Throughout this time, I have had numerous opportunities to observe his character, conduct, and dedication to his family and our community.

In my experience Kamil is an honest, respectful, and dependable individual who always treats others with kindness and dignity. He has earned the respect of those who know him because of his humility, integrity, and willingness to help others without expecting anything in return.

Kamil is a devoted husband and father who places his family above everything else. He has always worked hard to provide for his loved ones and to ensure their well-being. His absence has caused great hardship for his family, who depend upon his guidance, care, and emotional support.

As a member of our community, Kamil has consistently demonstrated strong moral values and respect for the law. He regularly participates in religious and community activities and has always conducted himself in a peaceful and responsible manner. I have never known him to engage in violent behavior or to pose a threat to anyone.

Based on my personal knowledge of Kamil , I have complete confidence that, if released, he will obey every condition imposed by the Immigration Court. He is a responsible person who understands the importance of complying with legal requirements, attending all court hearings, and resolving his immigration matter through the proper legal process.

I respectfully ask the Immigration Judge to consider Mr. Kamil Bhimani's excellent moral character, his strong family and community ties, and his history of being a peaceful and law-abiding individual when deciding his request for release on bond.

I make this affidavit voluntarily. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted

Name : Jaspreet Singh ,Drivers License : 053738908

Signature [signature]

Telephone: 404-326-0383

Date: 07/24/2026

# AFFIDAVIT OF GOOD MORAL CHARACTER

I, IRSHAAN JAMAL, declare under penalty of perjury under the laws of the United States that the following statements are true and correct:

I am an adult resident of the State of GEORGIA residing at 7467 SHADY GLEN DR FLOWERY BRANCH, GA 30542. I have personally

known Mr. Kamil Bhimani for approximately 2 years. Throughout this time, I have had numerous opportunities to observe his character, conduct, and dedication to his family and our community.

In my experience Kamil is an honest, respectful, and dependable individual who always treats others with kindness and dignity. He has earned the respect of those who know him because of his humility, integrity, and willingness to help others without expecting anything in return.

Kamil is a devoted husband and father who places his family above everything else. He has always worked hard to provide for his loved ones and to ensure their well-being. His absence has caused great hardship for his family, who depend upon his guidance, care, and emotional support.

As a member of our community, Kamil has consistently demonstrated strong moral values and respect for the law. He regularly participates in religious and community activities and has always conducted himself in a peaceful and responsible manner. I have never known him to engage in violent behavior or to pose a threat to anyone.

Based on my personal knowledge of Kamil , I have complete confidence that, if released, he will obey every condition imposed by the Immigration Court. He is a responsible person who understands the importance of complying with legal requirements, attending all court hearings, and resolving his immigration matter through the proper legal process.

I respectfully ask the Immigration Judge to consider Mr. Kamil Bhimani's excellent moral character, his strong family and community ties, and his history of being a peaceful and law-abiding individual when deciding his request for release on bond.

I make this affidavit voluntarily. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted

Name : IRSHAAN JAMAL ,Drivers License : 060302829

Signature

Telephone: 817-201-6341

Date: 07/24/2026

Uploaded on: 08/04/2026 at 03:30:35 PM (Eastern Daylight Time) Base City: NYV

## CERTIFICATE OF SERVICE

I hereby certify that on this 04 day of August ,2026 a true and correct copy of the Respondents Evidence was served upon the Office of the Chief Counsel, Department of Homeland Security, via Ecas

**/S/Karan Joshi**
**Karan Joshi Esq**
**Attoreney for Respondent**
**Orange Law Pllc**
**15500 Voss Road, Suite 10**
**Sugarland ,Tx 77498**
**Contact: 281 888 8989**
**Email: contact@orangelaw.us**
Texas Bar : 24120933