**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - VARICK IMMIGRATION COURT**

Respondent Name:
BHIMANI, KAMIL KARIMBHAI

To:
Joshi, Karan
6100 Corporate Dr
Houston, TX 77407

A-Number:
242-186-028
Riders:
In Custody Redetermination Proceedings

Date:
08/18/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
Counsel files a new request for bond but does not state any changed circumstances. Counsel obtaining new evidence that was available prior to the hearing does not count as changed circumstances. Counsel has not alleged any new facts, only evidence that could have been filed.

☐ Granted. It is ordered that Respondent be:
- ☐ released from custody on his own recognizance.
- ☐ released from custody under bond of $
- ☐ other:

☐ Other:

Immigration Judge: REID, DARA FAITH 08/18/2026

| | | | |
|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☑ waived | ☐ reserved |
| | Respondent: | ☐ waived | ☑ reserved |
| Appeal Due: | 09/17/2026 | | |

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : BHIMANI, KAMIL KARIMBHAI | A-Number : 242-186-028

Riders:

Date: 08/18/2026 By: REID, DARA FAITH, Immigration Judge